1  STEPHEN W. CUSICK – BAR NO. 111353
   HILLARY CLARE AGNOST – BAR NO. 222099
2  Nielsen Haley & Abbott LLP
   44 Montgomery St., #750
3  San Francisco, California 94104
   Telephone: (415) 693-0900
4  Facsimile: (415) 693-9674

5  Attorneys for Defendants
   EQUITY ONE FINANCIAL CORP.,
6  a California corporation, and
   ERIK MEYERS, individually

7

   FILED
   E-FILING
   2008 APR 24 P 3 52
   RICHARD W. WIEKING
   CLERK
   U.S. DISTRICT COURT
   NO. DIST. OF CA. S.J.
   ADR

8                    UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO DIVISION

10                           C08 02144 EDL

11 | HARRY DONALD FISHER              | (Sonoma County Superior Court Action
12 | Plaintiff,                       | Number SCV 242671)
13 | vs.                              | JOINDER IN NOTICE OF REMOVAL
14 | DOWNEY SAVINGS AND LOAN
     ASSOCIATION, a California
15 | corporation, EQUITY ONE FINANCIAL
     CORP., a California corporation, ERIK
16 | MEYERS, individually, FCI LENDER
     SERVICES, INC., a California
17 | corporation, and DOES 1 through 20,
     inclusive,
18 | Defendants.
19

20  TO THE UNITED STATE DISTRICT COURT FOR THE NORTHERN DISTRICT OF

21  CALIFORNIA, SAN FRANCISCO DIVISION:

22       Defendants EQUITY ONE FINANCIAL CORP., a California corporation, and

23  ERIK MEYERS, individually, through their undersigned attorneys, hereby join in the Notice

24  of Removal filed by Defendants DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.,

25  and FCI LENDER SERVICES, INC., a California corporation, to remove this action to this

26  Court as fully as if it had executed and filed the notice with DOWNEY SAVINGS AND

27  LOAN ASSOCIATION, F.A., and FCI LENDER SERVICES, INC., a California corporation

28  and consent to the removal of this action.

-1-

1 | DATED: April 24, 2008

NIELSEN HALEY & ABBOTT LLP

By _____
Hillary Clare Agnost
Attorneys for Defendants
EQUITY ONE FINANCIAL CORP.,
a California corporation, and
ERIK MEYERS, individually

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-