OFFICE OF THE GENERAL COUNSEL
CHRISTINE HUMPHRIES -- BAR NO. 152013
DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.
3501 Jamboree Road
Newport Beach, California 92660
Telephone: (949) 725-4850
Facsimile: (949) 725-0619

MICHAEL D. McSWEENEY -- BAR NO. 51072
ALISON P. BUCHANAN -- BAR NO. 215710
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Telephone: (408) 287-9501
Facsimile: (408) 287-2583

Attorneys for Defendants
DOWNEY SAVINGS AND LOAN
ASSOCIATION, F.A., and
FCI LENDER SERVICES, INC.,
a California corporation

FILED

2008 APR 25  P 3: 19

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY DONALD FISHER<br><br>　　　Plaintiff,<br><br>vs.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, a California corporation, EQUITY ONE FINANCIAL CORP., a California corporation, ERIK MEYERS, individually, FCI LENDER SERVICES, INC., a California corporation, and DOES 1 through 20, inclusive,<br><br>　　　Defendants. | (Sonoma County Superior Court Action Number SCV 242671)<br><br>USDC No. C08 02144 EDL<br><br>NOTICE TO PLAINTIFF OF FILING OF NOTICE OF REMOVAL |

TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

Please take notice that Defendants DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., and FCI LENDER SERVICES, INC., a California corporation, have

-1-

filed in the United States District Court for the District of California, San Francisco Division, a Notice of Removal for removal of cause styled: *Fisher v. Downey Savings and Loan Association, et al.*, bearing Cause Number SCV 242671 in the Sonoma County Superior Court, from Superior Court of California, County of Sonoma, to the District Court of the United States for the District of California, San Francisco Division.

Please further be advised that Defendants EQUITY ONE FINANCIAL CORP., a California corporation, and ERIK MEYERS, individually, have filed a Joinder in Notice of Removal.

A true and correct copy of the Notice of Removal is attached to this Notice as **Exhibit A** and a true and correct copy of the Joinder in Notice of Removal is attached to this Notice as **Exhibit B**. A copy of this Notice is being filed with the Clerk of Superior Court of California, County of Sonoma, thereby effecting a removal to the District Court of the United States, and the Superior Court of California, County of Sonoma may proceed no further, unless the case is remanded.

DATED: April 24, 2008

HOGE, FENTON, JONES & APPEL, INC.

By _____
Alison P. Buchanan
Attorneys for Defendants
DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., and
FCI LENDER SERVICES, INC.,
a California corporation

## PROOF OF SERVICE BY CERTIFIED MAIL

I, the undersigned, hereby declare that I am over the age of 18 years and not a party to the within action. My business address is 60 South Market Street, San Jose, California 95113-2396. On the date indicated below, I served by Certified Mail (return receipt requested) a true copy of the following documents: **NOTICE TO PLAINTIFF OF FILING OF NOTICE OF REMOVAL AND ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**.

Said documents were served in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Jose, California addressed to each of the below listed parties:

James M. Barrett
Attorney at Law
150 E. Cotati Avenue
Cotati, CA  94931
Phone No.:  (707) 795-1510
Fax No.:  (707) 795-3364


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on 4/25/2008, at San Jose, California.

Snady Quintana

Court Action No: C0802144 EDL
Case Name: Fisher v. Downey, et al.