OFFICE OF THE GENERAL COUNSEL
CHRISTINE HUMPHRIES -- BAR NO. 152013
DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.
3501 Jamboree Road
Newport Beach, California 92660
Telephone: (949) 725-4850
Facsimile: (949) 725-0619

MICHAEL D. McSWEENEY -- BAR NO. 51072
ALISON P. BUCHANAN -- BAR NO. 215710
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Telephone: (408) 287-9501
Facsimile: (408) 287-2583

Attorneys for Defendants
DOWNEY SAVINGS AND LOAN
ASSOCIATION, F.A., and
FCI LENDER SERVICES, INC.,
a California corporation

FILED
2008 APR 25 P ⅍ 18
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY DONALD FISHER,<br><br>    Plaintiff,<br><br>vs.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, a California corporation, EQUITY ONE FINANCIAL CORP., a California corporation, ERIK MEYERS, individually, FCI LENDER SERVICES, INC., a California corporation, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Action No.: C 08-02144 EDL<br><br>(Sonoma County Superior Court Action Number SCV 242671)<br><br>PROOF OF SERVICE BY MAIL |

PLEASE SEE ATTACHED.

-1-

Proof of Service by Mail
\\HFJAFS\NDrive\PENDING00080203\pos\318899.doc

| | |
|---|---|
| 1 | **PROOF OF SERVICE BY MAIL** |
| 2 | I, the undersigned, say: |
| 3 | I am now and at all times herein mentioned have been over the age of 18 years, |
| 4 | employed in Santa Clara County, California, and not a party to the within action or |
| 5 | cause; that my business address is 60 South Market Street, San Jose, California |
| 6 | 95113-2396. I am readily familiar with the firm's business practice for collection and |
| 7 | processing of correspondence for mailing with the United States Postal Service. I |
| 8 | served copies of the attached **ORDER SETTING INITIAL CASE MANAGEMENT** |
| 9 | **CONFERENCE AND ADR DEADLINES** by placing said copies in envelopes |
| 10 | addressed to: |
| 11 | James M. Barrett |
|    | 150 E. Cotati Avenue |
| 12 | Cotati, CA 94931 |
|    | Phone No.: (707) 795-1510 |
| 13 | Fax No.: (707) 795-3364 |
| 14 | Stephen W. Cusick |
|    | Hillary Clare Agnost |
| 15 | Nielsen Haley & Abbott LLP |
|    | 44 Montgomery St #750 |
| 16 | San Francisco, CA 94104 |
|    | Phone No.: (415) 693-0900 |
| 17 | Fax No.: (415) 693-9674 |
| 18 | which envelopes were then sealed and, with postage fully prepaid thereon, were on |
| 19 | 4/25/2008 placed for collection and mailing at my place of business following ordinary |
| 20 | business practices. Said correspondence will be deposited with the United States |
| 21 | Postal Service at San Jose, California on the above-referenced date in the ordinary |
| 22 | course of business; and there is delivery service by United States mail at the place so |
| 23 | addressed. |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

-1-

\\HFJAFS\NDrive\PENDING00080203\Pos\318894.doc

-2-

1  I declare under penalty of perjury under the laws of the State of California that
2  the foregoing is true and correct and that this Declaration was executed on 4/25/2008.

3
4  *[signature]*
5  Sandy Quintana

6  Court Action No: C0802144 EDL
7  Case Name: Fisher v. Downey, et al.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

\\HFJAFS\NDrive\PENDING00080203\Pos\318894.doc