**PROOF OF SERVICE BY MAIL**

I, the undersigned, say:

I am now and at all times herein mentioned have been over the age of 18 years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 60 South Market Street, San Jose, California 95113-2396.  I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service.  I served copies of the attached **SUPPLEMENTAL COPY OF COMPLETE STATE COURT COMPLAINT** by placing said copies in envelopes addressed to:

James M. Barrett
150 E. Cotati Avenue
Cotati, CA  94931
Phone No.:  (707) 795-1510
Fax No.:  (707) 795-3364

which envelopes were then sealed and, with postage fully prepaid thereon, were on 5/9/2008 placed for collection and mailing at my place of business following ordinary business practices.  Said correspondence will be deposited with the United States Postal Service at San Jose, California on the above-referenced date in the ordinary course of business; and there is delivery service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on 5/9/2008.

Sandy Quintana

Court Action No: C0802144 EDL
Case Name: Fisher v. Downey Savings and Loan Association, et al.

-1-

\\HFJAFS\NDrive\80203\Pos\321619.doc