1  **James M. Barrett, SBN 49126**
Lawyer
2  150 E. Cotati Avenue
Cotati, California 94931
3  Telephone:    (707) 795-1510
Fax:              (707) 795-3364
4  E-mail          jimmarleyb@aol.com

5  **Marvin Pederson, SBN 85258**
Attorney at Law
6  1160 N. Dutton Avenue, Suite 150
Santa Rosa, CA 95401
7  Telephone:    (707) 544-9444
Fax:              (707) 544-5829
8  E-mail          pederson@marvlaw.com

9  Attorney for Plaintiff
HARRY DONALD FISHER

10

11          **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

12

HARRY DONALD FISHER,                         NO. C 08-02144 EDL
13
                Plaintiff,                   **EX PARTE APPLICATION OF**
14                                           **PLAINTIFF HARRY DONALD FISHER**
                                             **FOR TEMPORARY RESTRAINING**
        vs.                                  **ORDER AND ORDER TO SHOW CAUSE**
15                                           **RE: PRELIMINARY INJUNCTION**

DOWNEY SAVINGS AND LOAN
16  ASSOCIATION, et al.,
                                             Accompanying Documents:
17          Defendants.                      1.     Memorandum of Points and Authorities;
   _____/         2.     Declaration of James M. Barrett;
18                                           3.     Declaration of Harry Donald Fisher;
                                             4.     Declaration of Ed Rau;
19                                           5.     Proposed Order.
                                             DATE:       June 10, 2008
20                                           TIME:       9:00 a.m.
                                             Courtroom:  E
21

22      Plaintiff HARRY DONALD FISHER hereby moves *ex parte* for a Temporary

23  Restraining Order and Order to Show Cause Re: Preliminary Injunction.

24      Plaintiff is seeking injunctive relief including a temporary restraining order to prevent and

25  stop a foreclosure of the real property located at 2335 Marsh Court, Santa Rosa, California

26                                           1
   _____
   Fisher v. Downey Savings & Loan Assn., et al.
   **Plaintiff's Ex Parte Application for TRO and OSC re Preliminary Injunction**

1  95403, and recorded in the official records in the Office of the Recorder of Sonoma County,

2  California (hereinafter "Property" or "the Property") by defendant DOWNEY SAVINGS AND

3  LOAN ASSOCIATION (hereinafter "Downey Savings"), defendant FCI LENDER SERVICES,

4  INC. (hereinafter "FCI Lender Services"), and defendants' agents, officers, or representatives,

5  pending the hearing and determination on Plaintiff's request for a preliminary injunction.

6          Prior to this case being removed to this Court, plaintiff sought, and obtained after notice,

7  a Temporary Restraining Order and an Order to Show Cause re: Preliminary Injunction

8  preventing a foreclosure sale of the Property from the Sonoma County Superior Court.  On April

9  14, 2008, the Sonoma County Superior Court issued its Order to Show Cause and Temporary

10  Restraining Order enjoining the sale of the property.  A true copy of the Order to Show Cause

11  and Temporary Restraining Order is attached to this Application, marked "Exhibit A," and made

12  a part hereof.  Plaintiff's counsel caused to be served upon defendants a copy of the signed and

13  filed Order to Show Cause and Temporary Restraining Order, and the supporting papers.

14          As is shown by Exhibit "A," the Sonoma County Superior Court set the Order to Show

15  Cause hearing for Tuesday, June 10, 2008.  When defendants removed this case to this Federal

16  Court, defendants did not include a copy of the Order to Show Cause and Temporary Restraining

17  Order, or the supporting papers, all of which are resubmitted to this Court herewith.

18          Defendants have rescheduled a foreclosure sale of the plaintiff's Property for **June 16,**

19  **2008**.  Plaintiff therefore seeks a Temporary Restraining Order from this Court at this time,

20  enjoining any sale of the Property until the Court hears plaintiff's application for a preliminary

21  injunction, and plaintiff requests this Court issue an Order to Show Cause to defendants why the

22  Court should not issue the preliminary injunction pending the resolution of this case, and set a

23  hearing on the Order to Show Cause why a preliminary injunction should not issue.

24  ////

25  ////

26
                                                    2
Fisher v. Downey Savings & Loan Assn., et al.
**Plaintiff's Ex Parte Application for TRO and OSC re Preliminary Injunction**

1    Plaintiff also seeks a determination, at the Court's discretion, of the requirement for

2   Plaintiff to post an undertaking or bond of a reasonable amount to protect defendant Downey

3   Savings' interest, pending full resolution of this case.

4    The grounds for this application, as more fully set forth in plaintiff's Complaint, are that

5    1)    Defendant Downey Savings has put plaintiff on notice, in writing, of a pending

6   foreclosure on the Property;

7    2)    Plaintiff is entitled to a rescission of the subject loan transaction and damages

8   pursuant to numerous violations by defendants, and each of them, of the Code of Federal

9   Regulations §226.34(a)(4), California Financial Code § 50701, California Business and

10   Professions Code § 17500, and for violations of the Truth in Lending Act; and

11    3)    Allowing the foreclosure to take place will irreparably harm plaintiff.

12    This application is based on the accompanying *ex parte* application papers, including this

13   document, on the Memorandum of Points and Authorities and supporting Declarations of James

14   M. Barrett, plaintiff Harry Donald Fisher, and Ed Rau, served concurrently herewith, on all the

15   papers and pleadings on file, including but not limited to plaintiff's Complaint, and on such oral

16   and documentary evidence as may be presented at the hearing on this Application.

17   DATED:   June 4 , 2008

18

                                      JAMES M. BARRETT
19                                      Attorney for Plaintiff
                                      HARRY DONALD FISHER
20

21

22

23

24

25

26                                      3

Fisher v. Downey Savings & Loan Assn., et al.
**Plaintiff's Ex Parte Application for TRO and OSC re Preliminary Injunction**

EXHIBIT " _A_ "

1 | **James M. Barrett, SBN 49126**
Lawyer
2 | 150 E. Cotati Avenue
Cotati, California 94931
3 | Telephone:    (707) 795-1510
Fax:               (707) 795-3364
4 |

Attorney for Plaintiff
5 | HARRY DONALD FISHER

**ENDORSED
FILED**

APR 14 2008

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

6

7

8 | **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA**

9

10 | HARRY DONALD FISHER,

CASE NO. SCV 242671
(Unlimited Civil)

11 |              Plaintiff,

12 |       vs.

**ORDER TO SHOW CAUSE AND
TEMPORARY RESTRAINING ORDER**

13 | DOWNEY SAVINGS AND LOAN
ASSOCIATION, et al.,

Case Assigned to Hon. Mark Tansil

14 |
              Defendants.
15 | _____ /

DATE:          April 14, 2008
TIME:          3:30 p.m.
DEPT:          18
1450 Guerneville Road, Bldg. G, Santa Rosa

16

Date Action Filed:     April 8, 2008
17 | Trial Call:                None set yet

18 |       On reading and considering the declaration of James M. Barrett, attorney for plaintiff in

19 | the within matter, dated April 9, 2008 and submitted in support of plaintiff's *Ex Parte* application

20 | for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction, the

21 | supporting Memorandum of Points and Authorities, the declarations of plaintiff Harry Donald

22 | Fisher and Ed Rau, and all the other papers and records on file in this action, including but not

23 | limited to plaintiff's Complaint, together with any argument and evidence that was presented at

24 | the hearing of plaintiff's *ex parte* application,

25 | ////

26 |

1

Fisher v. Downey Savings & Loan Assn., et al.
**Order to Show Cause and Temporary Restraining Order**                    EXHIBIT "A"

1    IT IS HEREBY ORDERED that defendants Downey Savings and Loan Association and

2    FCI Lender Services, Inc. show cause before this Court on _Tuesday June 10_, 2008,

3    at _8:30 AM_, or as soon thereafter as counsel may be heard, in Department 18 of the above-

4    entitled Court, located at1450 Guerneville Road, Building G, Santa Rosa, California, why an

5    order should not be made, conditional on the posting by plaintiff of an appropriate undertaking to

6    be determined by the Court, enjoining defendant Downey Savings and Loan Association from

7    carrying out a foreclosure of the real property located at 2335 Marsh Court, Santa Rosa,

8    California 95403, APN No. 152-154-021-000  (hereinafter "Property" or "the Property"), in FCI

9    Lender Services, Inc. Trustee Sale No. 46478, or in any other non-judicial foreclosure

10   proceedings.

11       IT IS HEREBY FURTHER ORDERED that pending the hearing of this motion,

12   defendants Downey Savings and Loan Association and FCI Lender Services, Inc., defendants'

13   officers, agents, representatives, or other persons having actual notice of this Order, are enjoined

14   from carrying out a foreclosure of the Property in said Trustee Sale No. 46478 or in any other

15   foreclosure proceeding.

16       IT IS HEREBY FURTHER ORDERED that service of a copy of this Order and of the

17   papers on which it is granted shall be served on defendants Downey Savings and Loan

18   Association, Equity One Financial, Erik Meyers, and FCI Lender Services, Inc. by personal

19   service or service by certified mail, on the authorized agents for service of process for each

20   defendant, as listed with the California Secretary of State, on or before _April 21_,

21   2008.

22       IT IS HEREBY FURTHER ORDERED that any papers in opposition to plaintiff's

23   ////

24   ////

25   ////

26                                         2

Fisher v. Downey Savings & Loan Assn., et al.
**Order to Show Cause and Temporary Restraining Order**

1   motion must be served on the moving party, so that they are received by the close of business no

2   later than _____ days prior to the hearing on plaintiff's motion.

3   Dated: April 14, 2008

4                                                                    MARK TANSIL
                                                        _____
                                                        HON. MARK TANSIL
5                                                       JUDGE OF THE SUPERIOR COURT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                                3

Fisher v. Downey Savings & Loan Assn., et al.
**Order to Show Cause and Temporary Restraining Order**