**James M. Barrett, SBN 49126**
Lawyer
150 E. Cotati Avenue
Cotati, California 94931
Telephone:    (707) 795-1510
Fax:             (707) 795-3364
E-mail          jimmarleyb@aol.com

**Marvin Pederson, SBN 85258**
Attorney at Law
1160 N. Dutton Avenue, Suite 150
Santa Rosa, CA 95401
Telephone:    (707) 544-9444
Fax:             (707) 544-5829
E-mail          pederson@marvlaw.com

Attorney for Plaintiff
HARRY DONALD FISHER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY DONALD FISHER,<br><br>        Plaintiff,<br><br>vs.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, et al.,<br><br>        Defendants.<br>_____/ | NO. C 08-02144 EDL<br><br>**DECLARATION OF COUNSEL, JAMES M. BARRETT, IN SUPPORT OF EX PARTE APPLICATION OF PLAINTIFF HARRY DONALD FISHER FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Accompanying Documents:<br>1.    Ex Parte Application;<br>2.    Memorandum of Points and Authorities;<br>3.    Declaration of Harry Donald Fisher;<br>4.    Declaration of Ed Rau;<br>5.    Proposed Order.<br><br>DATE:      June 10, 2008<br>TIME:      9:00 a.m.<br>Courtroom  E |

I, JAMES M. BARRETT, declare:

1.    I am an attorney licensed to practice in all courts of the State of California.

1

Fisher v. Downey Savings & Loan Assn., et al.
**Declaration of James M. Barrett in Support of Ex Parte Application for TRO and OSC re Preliminary Injunction**

2.     I am the attorney of record for plaintiff HARRY DONALD FISHER in the above-entitled action. I have personal knowledge of the matters stated herein and, if called as a witness, I could and would competently testify thereto.

3.     I have notified defendants Downey Savings and FCI Lender Services of my intent to present this *ex parte* application, by service of a complete copy of plaintiff's *ex parte* application and all supporting documents, via Federal Express overnight delivery, sent on June 5, 2008 for receipt by 10:30 a.m. on June 6, 2008, addressed as follows:

Christine M. Humphries, Office of the General Counsel
Downey Savings and Loan Assn.
3501 Jamboree Road
Newport Beach, CA 92660

Michael D. McSweeney, Esq.            Attorneys for Defendants
Alison P. Buchanan, Esq.              Downey Savings and Loan Assn.
Hoge, Fenton, Jones & Appel           and FCI Lender Services, Inc.
Sixty South Market Street, Suite 1400
San Jose, CA 95113-2936

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct except as to those matters stated upon information and belief, and as to those matters I believe them to be true. Executed this 5th day of June 2008, at Cotati, California.

JAMES M. BARRETT