**James M. Barrett, SBN 49126**
Lawyer
150 E. Cotati Avenue
Cotati, California 94931
Telephone:   (707) 795-1510
Fax:              (707) 795-3364
E-mail          jimmarleyb@aol.com

**Marvin Pederson, SBN 85258**
Attorney at Law
1160 N. Dutton Avenue, Suite 150
Santa Rosa, CA 95401
Telephone:   (707) 544-9444
Fax:              (707) 544-5829
E-mail          pederson@marvlaw.com

Attorney for Plaintiff
HARRY DONALD FISHER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY DONALD FISHER,<br><br>  Plaintiff,<br><br>vs.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, et al.,<br><br>  Defendants.<br>_____/ | NO. C 08-02144 EDL<br><br>**ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER**<br><br>DATE:          June 10, 2008<br>TIME:          9:00 a.m.<br>Courtroom:  E |

On reading and considering the declaration of James M. Barrett, attorney for plaintiff in the within matter, dated June 5, 2008 and submitted in support of plaintiff's *Ex Parte* application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction, the supporting Memorandum of Points and Authorities, the declarations of plaintiff Harry Donald Fisher and Ed Rau, and all the other papers and records on file in this action, including but not limited to plaintiff's Complaint, together with any argument and evidence that was presented at the hearing of plaintiff's *ex parte* application,

1

1   IT IS HEREBY ORDERED that defendants Downey Savings and Loan Association and
2 FCI Lender Services, Inc. show cause before this Court on _____, 2008,
3 at _____, or as soon thereafter as counsel may be heard, in Courtroom E of the above-
4 entitled Court, why an order should not be made, conditional on the posting by plaintiff of an
5 appropriate undertaking to be determined by the Court, enjoining defendant Downey Savings and
6 Loan Association from carrying out a foreclosure of the real property located at 2335 Marsh
7 Court, Santa Rosa, California 95403, APN No. 152-154-021-000 (hereinafter "Property" or "the
8 Property"), in FCI Lender Services, Inc. Trustee Sale No. 46478, or in any other non-judicial
9 foreclosure proceedings.

10   IT IS HEREBY FURTHER ORDERED that pending the hearing of this motion,
11 defendants Downey Savings and Loan Association and FCI Lender Services, Inc., defendants'
12 officers, agents, representatives, or other persons having actual notice of this Order, are enjoined
13 from carrying out a foreclosure of the Property in said Trustee Sale No. 46478 or in any other
14 foreclosure proceeding.

15   IT IS HEREBY FURTHER ORDERED that service of a copy of this Order and of the
16 papers on which it is granted shall be served on defendants Downey Savings and Loan
17 Association, Equity One Financial, Erik Meyers, and FCI Lender Services, Inc. by personal
18 service or service by certified mail, on the authorized agents for service of process for each
19 defendant, as listed with the California Secretary of State, on or before _____,
20 2008.
21 ////
22 ////
23 ////
24
25
26                                                   2

Fisher v. Downey Savings & Loan Assn., et al.
**Plaintiff's Ex Parte Application for TRO and OSC re Preliminary Injunction**

1    IT IS HEREBY FURTHER ORDERED that any papers in opposition to plaintiff's
2 motion must be served on the moving party, so that they are received by the close of business no
3 later than _____ days prior to the hearing on plaintiff's motion.
4 Dated: _____ -

                                                          _____
                                                          ELIZABETH D. LAPORTE
                                                          United States Magistrate Judge
                                                          JUDGE OF THE SUPERIOR COURT

3

Fisher v. Downey Savings & Loan Assn., et al.
**Plaintiff's Ex Parte Application for TRO and OSC re Preliminary Injunction**