James M. Barrett, SBN 29126
Lawyer
150 E. Cotati Avenue
Cotati, California  94931
Telephone:    (707) 795-1510
Fax:          (707) 795-3364
E-mail        jimmarleyb@aol.com

Marvin Pederson, SBN: 85258
Attorney at Law
1160 N. Dutton Avenue, Suite 150
Santa Rosa, CA 95401
Telephone: (707) 544-9444
Facsimile: (707) 544-5829

Attorneys for Plaintiff
HARRY DONALD FISHER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY DONALD FISHER,<br><br>    Plaintiff,<br><br>    vs.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, et al.,<br><br>    Defendants. | No. NO. C 08-02144 EDL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED:  June 6, 2008

/s/
MARVIN PEDERSON
Counsel for Plaintiff
HARRY DONALD FISHER

1