Stephen W. Cusick (SBN 111353)
NIELSEN, HALEY & ABBOTT LLP
44 Montgomery Street, Suite 750
San Francisco, California 94104
Telephone: (415) 693-0900
Facsimile: (415) 693-9674

Attorneys for defendants Erik Meyers
and Equity One Financial Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY DONALD FISHER<br><br>   Plaintiff,<br><br>vs.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, a California corporation, EQUITY ONE FINANCIAL CORP., a California corporation, ERIK MEYERS, FCI LENDER SERVICES, INC., a California corporation and DOES 1 through 20, inclusive<br><br>   Defendants. | Case No.:  **C08 02144 EDL**<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE LAPORTE** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), defendants Erik Meyers and Equity One Financial Corporation hereby voluntarily consent to have United States Magistrate Judge LaPorte conduct any and all further proceedings in the case, including trial, and order the entry of final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

---

1

CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE LAPORTE

1 | DATED: June 6, 2008              NIELSEN, HALEY & ABBOTT LLP

By _____

STEPHEN W. CUSICK
Attorneys for Erik Meyers
and Equity One Financial Corporation

*Fisher v. Downey Savings and Loan Association, et al.*
United States District Court Case No.: C08 02144 EDL

# PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the County of San Francisco. I am over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, Suite 750, San Francisco, California 94104.

On the date set forth below I served the following document(s) described as:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE LAPORTE**

[ ]     (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

[ ]     (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[ ]     (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]     (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[ XX]   (BY ELECTRONIC SERVICE) by submitting an electronic version of the document(s) to be served on all parties listed on the service list on file with the court as of this date.

| Attorneys for Plaintiff Harry Donald Fisher | Attorneys for Defendant Downey Savings and Loan Association and FCI Lender Services |
|---|---|
| James M. Barrett, Esq. | Micahel D. McSweeney |
| **Law Offices of James M. Barrett** | Alison P. Buchanan |
| 150 E. Cotati Avenue | **Hoge, Fenton, Jones & Appel, Inc.** |
| Cotati, CA 94931 | Sixty South Market Street, Suite 1400 |
| Tel: (707) 795-1510 | San Jose, CA 95113 |
| Fax: (707) 795-3364 | Tel: (408) 287-9501 |
| | Fax: (408) 287-2583 |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 6, 2008, at San Francisco, California.

*[signature]*
Sonia J. Ortiz

PROOF OF SERVICE