**James M. Barrett, SBN 49126**
Lawyer
150 E. Cotati Avenue
Cotati, California 94931
Telephone: (707) 795-1510
Fax: (707) 795-3364
E-mail jimmarleyb@aol.com

**Marvin Pederson, SBN 85258**
Attorney at Law
1160 N. Dutton Avenue, Suite 150
Santa Rosa, CA 95401
Telephone: (707) 544-9444
Fax: (707) 544-5829
E-mail pederson@marvlaw.com

Attorney for Plaintiff
HARRY DONALD FISHER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

HARRY DONALD FISHER,

    Plaintiff,

vs.

DOWNEY SAVINGS AND LOAN ASSOCIATION, et al.,

    Defendants.

NO. C 08-02144 EDL

**DECLARATION OF ED RAU IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

Accompanying Documents:
1. Ex Parte Application;
2. Memorandum of Points and Authorities;
3. Declaration of James M. Barrett;
4. Declaration of Harry Donald Fisher;
5. Proposed Order.

DATE: June 10, 2008
TIME: 9:00 a.m.
DEPT:

I, ED RAU, declare and state as follows:

////

1.  That I am a licensed real estate broker with my California Real Estate Broker's license in full force and effect from 1990 to the present. Before I received my broker's license, I was a licensed real estate agent for two years. Since 1990 to the present, I have been actively working as a real estate broker in the County of Sonoma, State of California.

2.  As part of my profession, I value and analyze residential real property for sale. To do this, I use comparable sales and my knowledge of the Sonoma County real estate market.

3.  Attorney Marvin Pederson requested that I prepare a broker's price opinion for the property at 2335 Marsh Court, Santa Rosa, California. After personally visiting the property and checking comparables, I determined that the value for the subject property is $449,000.00 in today's Sonoma County real estate market. Attached hereto as Exhibit "A" is a true and correct copy of my correspondence to Mr. Pederson and my market analysis of the property.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that if sworn to testify thereto, I could competently do so. Executed this 9th day of April, 2008, at Santa Rosa, Sonoma County, California.

_____
ED RAU
[Signature by facsimile]

2

Fisher v. Downey Savings & Loan Assn., et al.
Declaration of Ed Rau in Support of Ex Parte Application for TRO and OSC re: Preliminary Injunction

EXHIBIT " A "





April 7, 2008

Mr. Marvin Pederson
1160 N. Dutton Avenue, Suite 150
Santa Rosa, CA 95401

**Ed Rau**
Broker Associate

RE: Broker's Price Opinion, 2335 Marsh Ct., Santa Rosa, CA 95403

Dear Marvin,

Thank you for your request for a Broker's Price Opinion (BPO) on the above referenced property.

A review of closed comparable sales in the past 180 days indicates a value for the subject property of $449,000 in this market.

_Description of the subject property_: Tax assessor's rolls show a 1474 sq. ft. 3 bdrm/2 bath home with a lot size of .489 acre, a very large lot for in-town. The home is on a quiet cul-de-sac and is well kept with very good curb appeal, newer roof and covered RV parking. Neighboring properties are of similar quality and well maintained. The interior shows well with recent upgrades, as well as newer paint and floor coverings.

_Comment on the market data:_ Due to seasonality, closed sales are not numerous, but as shown on the attached map, I found the following three comparable home sales that require minimal adjustments.

EXHIBIT "A"

 RE/MAX Central Santa Rosa
320 College Avenue, Suite 300
Santa Rosa, California 95401
Office: (707) 494-1646

*Comparable # 1:* 397 Wren Dr.: 1348 sq. ft. 3/2 home on a .377 acre lot on a private driveway shared with two other homes of equal quality and value. Built 1985, some interior updating. Backs to Fulton Rd. wooden sound barrier, so some traffic noise is apparent.
Sold: 11/29/07. Days on market: 143. Sold price: $417,000.
Adjustments: location +/-, lot size +$5k, condition +$10k, sq.ft. +13k, traffic noise +$15k...add $43k.
Adjusted value: $460,000.

*Comparable # 2:* 1950 Sansone Dr.: 1488 sq. ft. 3/2 home on a .295 acre lot on a cul-de-sac in a comparable neighborhood. Built 1983, recent interior upgrades. Backs to railroad tracks (not a problem now, but future potential big negative).
Sold: 12/18/07. Days on market: 52. Sold price: $463,000.
Adjustments: location +$10k, lot size +$5k, condition -$25k, potential offset because of RR location +25k, no RV +$5k...add $20k.
Adjusted value: $483,000.

*Comparable # 3:* 2177 Nightingale Dr.: 1816 sq. ft. home on a .305 acre lot in a quiet cul-de-sac location. Built 1977, newer roof, recently updated kitchen and baths. RV parking. Large oak tree in back yard. Some larger homes in neighborhood.
Sold: 11/02/07. Days on market: 50. Sold price: $485,000.
Adjustments: Location equal, lot size +$5k, condition -$15k, sq. ft. -$34k...subtract 44$k.
Adjusted value: $441,000.

Please call if you have questions about the value of the subject property. Listings are attached to this BPO.

Thank You,

Ed Rau
Broker Associate

Realist

## Property Details

For Property Located At
**2335 Marsh Ct**
**Santa Rosa, CA 95403-8907**
**Sonoma County**

### Owner Info:

| | | | |
|---|---|---|---|
| Owner Name: | Fisher Harry Donald | Recording Date: | 02/09/1999 |
| Tax Billing Address: | 2335 Marsh Ct | Annual Tax: | $2,864 |
| Tax Billing City & State: | Santa Rosa CA | County Use Code: | Single Fam Dwelling |
| Tax Billing Zip: | 95403 | Universal Land Use: | SFR |
| Tax Billing Zip+4: | 8907 | | |

### Location Info:

| | | | |
|---|---|---|---|
| School District: | Santa Rosa City | | |
| Subdivision: | Westwood Village 01 | Panel Date: | 06/03/1981 |
| Census Tract: | 1529.04 | Flood Zone Code: | C |
| Carrier Route: | C020 | Zoning: | Citysr |
| Flood Zone Panel: | 06038100058 | Map Page/Grid: | 364-A3 |

### Tax Info:

| | | | |
|---|---|---|---|
| Tax ID: | 153-154-021 | Improved Assessment: | $145,083 |
| Tax Year: | 2007 | Total Assessment: | $256,845 |
| Annual Tax: | $2,864 | % Improv: | 57% |
| Homestead: | Homeowner | Tax Area: | 004027 |
| Assessment Year: | 2007 | Lot Number: | 51 |
| Land Assessment: | $111,162 | | |

### Characteristics:

| | | | |
|---|---|---|---|
| Lot Sq Ft: | 21300 | Heat Type: | Forced Air |
| Lot Acres: | .4889 | Garage Type: | Garage |
| Style: | U-Shape | Garage Capacity: | 2 |
| Building Sq Ft: | 1,474 | Garage Sq Ft: | 460 |
| Stories: | 1 | Roof Material: | Composition Shingle |
| Condition: | Average | Construction: | Wood Frame/Cb |
| Quality: | Average | Exterior: | Wood Siding |
| Total Units: | 1 | Floor Cover: | Carpet/Vinyl |
| Total Rooms: | 5 | Foundation: | Raised |
| Bedrooms: | 3 | Pool: | Pool |
| Total Baths: | 2 | Year Built: | 1973 |
| Full Baths: | 2 | Topography: | Flat/Level |
| Fireplaces: | 1 | Other Impvs: | Laundry Room |
| Water: | Public | Other Rooms: | Foyer, Breakfast Room, Dining Area, Family Room, Attic |
| Sewer: | Public Service | Equipment: | Range Oven, Disposal, Dishwasher, Range Hood, Microwave, Security |
| Cooling Type: | Building | | |

### Last Market Sale:

| | | | |
|---|---|---|---|
| Recording Date: | 02/09/1999 | Deed Type: | Grant Deed |
| Sale Price: | $219,500 | Owner Name: | Fisher Harry Donald |
| Document No: | 17750 | Seller: | Benson R B & Erica |

### Sales History:

## Realist

Page 2 of 2

| | | | | |
|---|---|---|---|---|
| Recording Date: | 06/30/2005 | 02/09/1999 | 04/26/1994 | |
| Sale Price: | | $219,500 | $174,000 | |
| Nominal: | Y | | | |
| Buyer Name: | Fisher Harry D Trust | Fisher Harry D | Benson R Bradford & Erika | |
| Seller Name: | Fisher Harry D | Benson R B & Erika | Weiler Roy A | |
| Document No: | 94272 | 17750 | 54506 | |
| Document Type: | Quit Claim Deed | Grant Deed | Grant Deed | |

**Mortgage History:**

| | | | | |
|---|---|---|---|---|
| Mortgage Date: | 07/06/2005 | 06/03/2005 | 10/14/2004 | 03/17/2004 |
| Mortgage Amt: | $75,000 | $416,000 | $80,500 | $20,000 |
| Mortgage Lender: | Citibank West Fsb | Downey S&L Assn Fa | Greenpoint Mtg Fndg | Greenpoint Mtg Fndg |
| Mortgage Type: | Conventional | Conventional | Conventional | Conventional |

Courtesy of ED RAU
BAREIS

The data within this report is compiled by First American CoreLogic from public and private sources. If desired, the accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.



Mapped Listings Report (493)                                    Page 1 of 5

## Mapped Listings

04/05/08 at 1:00pm                                                    Page: 1

| Pin# | Listing# | Property Type | Status | Address | City | Beds | Baths | SqFt. | Price |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 20723709 | Residential | Sold | 397 Wren Dr | Santa Rosa | 3 | 2 | 1348 | $417,000 |
| 2 | 20736239 | Residential | Sold | 1950 Sansone Dr | Santa Rosa | 3 | 2 | 1456 | $463,000 |
| 3 | 20722787 | Residential | Sold | 2177 Nightingale Dr | Santa Rosa | 4 | 2 | 1816 | $485,000 |

Presented By: Ed Rau
Primary:
Secondary:
Other:
707-524-3535
E-mail: erau@sonic.net
Web Page: http://edrau.com

RE/MAX Central Santa Rosa
320 College Ave Ste 300
Santa Rosa, CA 95401
707-524-3500
Fax: 707-579-1196

Equal Opportunity Housing. * All information deemed reliable, but not guaranteed. Information has not been verified, is not guaranteed, and is subject to change.
Copyright © 2006 Bay Area Real Estate Information Services, Inc. All rights reserved.
Copyright ©2006 Rapattoni Corporation. All rights reserved.

Mapped Listings Report (493)

## Client Detail Report

Listing Numbers: 20723706, 20738236, 20722787
Listings as of 04/05/08 at 1:00pm

Sold 11/28/07

| | | |
|---|---|---|
| Listing #: 20723706 | 397 Wren Dr Santa Rosa, CA 95401 | Listing Price: $429,900 |
| County: Sonoma | Cross St: san pedro | Map: 383, J7 |

| | | | | |
|---|---|---|---|---|
| Prop Type | Residential | | Prop Subtype(s) | Single Family |
| Area | Santa Rosa-Northwest | | | |
| Beds | 3 | | Sq Ft (approx) | 1348 Tax Records |
| Baths(F/H) | 2 (2 0) | | Price/Sq Ft | $309.35 |
| Year Built | 1985 | | Lot Sq Ft (approx) | 16422 |
| APN | 035-450-065 | | Lot Acres (approx) | 0.377 |
| DOM | 143 | | | |

Directions: 12 Towards Sebastopol R on Fulton R. on San Sebastian L on Wren left on private lane to end to 397
Public/Internet Remarks: WOW want a BIG yard, this has approx. 16,422Sq ft with nice house that has 3BR/2BA New carpet, new floors, new blinds, newer furnace and A/C. Vinyl siding never needs paint. LR/Familyroom/breakfast nook, decks, grass, big trees, RV parking down a private drive.

Selling Price: $417,000
Original Price: $505,000

Selling Date: 11/03/07
SP%LP: 97.20

Pending Date: 11/28/07

| | | | | |
|---|---|---|---|---|
| New Construct/Resale | Resale | | Zoning | City/sr |
| On Market Date | 07/09/07 | | | |
| Total Rooms | 6 | | Probate Sale | No |
| Year Built Source | Tax Records | | Construct/Condition | Completed |
| 2nd Unit Information | | | | |
| 2nd Unit on Lot | No | | 2nd Unit Rooms | 00.00 |
| General Information | | | | |
| School District | Santa Rosa City | | Common Int Dev | No |
| Planned Unit Develop | No | | HOA | No |
| Features | | | | |
| Type Home | Detached | | Stories/Levels | 1 Story |
| Style | Ranch | | Exterior | Vinyl Siding |
| Main Level | Bath(s), Bedroom(s), Family Room, Garage, Living Room, Master Suite(s), Street Entrance, Kitchen | | Floors | Tile, Vinyl/Linoleum, W/W Carpet |
| Fireplace | Yes | | Fireplace(s) | 1 Fireplace, Decorative FP, Family Room, Insert, Raised Hearth, Wood Burning |
| Pool | No | | | |
| #Carport Spaces | 0 | | #Garage Spaces | 2 |
| | | | #Off Street Spaces | 6 |
| Garage | 2 Car, Attached, Guest Accommodations, RV/Boat | | Bath Type | Fiberglass, Shower Over Tub, Stall Shower |
| Kitchen | Dishwasher Incl., Disposal Incl., Microwave Incl., Refrigerator Incl., Trash Compactor Incl. | | Dining Room | Family rm Combo, Kitchen Combo |
| Living Room | Deck Attached | | Family Room | Deck Attached, Fireplace(s) |
| Other Rooms | None | | Heat/Cool | Central Air, Central Heat |
| Energy Conservation | Low-Flow Toilet | | Laundry/Appliance | in Garage |
| Upgrade New Can Only | Central Air, Mirror Closet, Upgraded Floor | | Other Structures | None |
| Miscellaneous | Deck(s), Window Covers Incl., Window Screens | | Lot Description | Level |
| Fencing | Wood Board | | Drive/Sidewalks | Shared Driveway |
| Roof | Composition | | Water Source | Water Public |
| Sewer/Septic | Sewer Public | | Utilities | Cable TV Available, PG&E |
| Furnished | None | | | |

Equal Opportunity Housing ~ All information deemed reliable, but not guaranteed

Mapped Listings Report (493)

Page 4 of 5

## Client Detail Report

Listing Numbers: 20723709, 20736239, 20722787
Listings as of 04/05/08 at 1:00pm

Sold 12/18/07
4% mcc

| Listing # 20736239 | 1350 Sansone Dr Santa Rosa, CA 95403 | Listing Price: $465,000 |
| --- | --- | --- |
| County: Sonoma | Cross St: Coffey | Map: 564_B1 |

| | | | | |
| --- | --- | --- | --- | --- |
| Prop Type | Residential | | Prop Subtype(s) | Single Family |
| Area | Santa Rosa-Northwest | | | |
| Beds | 3 | | Sq Ft (approx) | 1466 Tax Records |
| Baths(FH) | 2 (2 0) | | Price/Sq Ft | 311.16 |
| Year Built | 1963 | | Lot Sq Ft (approx) | 12850 |
| APN | 034-260-025 | | Lot Acres (approx) | 0.295 |
| DOM | 62 | | | |

Directions: Piner, north on Coffey, left on Sansone.
Public/Internet Remarks: This Home is truly a WOW!! Over a 1/4 acre with mature landscaping. The finishing touches are being done and you will be able to get in a few days. I can't wait to put up the pictures of the inside when the upgrades and floor are done.

Selling Price $463,000            Selling Date 12/18/07                              Pending Date 12/14/07
Original Price 465,000            SP%LP 95.46

| | | | | |
| --- | --- | --- | --- | --- |
| New Construct/Resale | Resale | | Zoning | City sr |
| On Market Date | 10/23/07 | | | |
| Total Rooms | 4 | | Probate Sale | No |
| Construct/Condition | Completed | | Fixer | No |
| 2nd Unit Information | | | Year Built Source | Tax Records |
| 2nd Unit on Lot | No | | 2nd Unit Rents | $0.00 |
| General Information | | | | |
| School District | Santa Rosa City | | Common Int Dev | Unknown |
| Planned Unit Develop | Unknown | | HOA | No |
| Features | | | | |
| Type House | Detached | | Stories/Levels | 1 Story |
| Style | Ranch | | Construction Type | Wood Frame |
| Exterior | Wood Siding | | Main Level | Bath(s), Bedroom(s), Dining Room, Family Room, Garage, Living Room, Master Suite(s), Street Entrance, Kitchen |
| Fireplace | Yes | | Fireplace(s) | 1 Fireplace |
| Pool | No | | #Garage Spaces | 2 |
| #Carport Spaces | 0 | | #Off Street Spaces | 6 |
| Gar/Prk | 2 Car, Garage, Auto Door, Interior Access, Side by Side, Off Street, Guest Accommodations | | Other Rooms | None |
| Heat/Cool | Central Heat | | | |
| Other Structures | None | | Laundry/Appliance | 220 V, Electric, Hookups only, In Garage |
| | | | Yard/Grounds | Garden, Landscaped- Front, Landscaped- Rear, Sprnk-Automatic |
| Lot Description | Level, Cul-De-Sac | | Drive/Sidewalk | Paved Drive, Paved Sidewalk |
| Roof | Composition | | Water Source | Water Public |
| Sewer/Septic | Sewer Public | | Utilities | Cable TV Available, Electric, Gas Water Heater, Natural Gas, PG&E |

Equal Opportunity Housing * All information deemed reliable, but not guaranteed.
Information has not been verified, is not guaranteed, and is subject to change.
Copyright © 2008 Bay Area Real Estate Information Services, Inc. All rights reserved.
Copyright ©2008 Rapattoni Corporation. All rights reserved.



Mapped Listings Report (493)

Page 5 of 5

## Client Detail Report

Listing Numbers: 20723709, 20736236, 20722787
Listings as of 04/25/08 at 1:00pm

| Sold 11/02/07 | Listing # 20722787 | 2177 Nightingale Dr Santa Rosa, CA 95403 | Listing Price: $515,000 |
|---|---|---|---|
| | County: Sonoma | Cross St: Valdes | Map: 564, B3 |

| Prop Type | Residential | Prop Subtype(s) | Single Family |
| Area | Santa Rosa-Northwest | | |
| Beds | 4 | Sq Ft (approx) | 1616 Tax Records |
| Baths(FH) | 2 (2 0) | Price/Sq Ft | $267.07 |
| Year Built | 1977 | Lot Sq Ft (approx) | 13286 |
| APN | 034-240-042 | Lot Acres (approx) 0.305 |
| DOM | 50 | | |

Directions: Marlow to Valdes to Nightingale.
Public/Internet Remarks: Don't miss this wonderful 4bd/2ba single level home in fabulous NWSR! Spacious open floor plan with living room, dining room, family room, breakfast room, newly remodeled kitchen and bath, extra large RV parking space as well as an enormous, low maintenance yard. This is a great home and a must see!!

| Selling Price $435,000 | Selling Date 11/02/07 | Pending Date 10/30/07 |
| Original Price $525,000 | SP%LP 84.17 | |

| New Construct/Resale | Resale | Zoning | City |
| On Market Date | 09/23/07 | Probate Sale | No |
| Total Rooms | 7 | Fixer | No |
| Construct/Condition | Completed | Year Built Source Tax Records |
| 2nd Unit Information | | | |
| 2nd Unit on Lot | No | 2nd Unit Rents for | $0.00 |
| General Information | | | |
| School District | Santa Rosa City | Common Int Dev | No |
| Planned Unit Develop | No | HOA | No |
| Features | | | |
| Type Home | Detached | Stories/Levels | 1 Story |
| Style | Spanish/Mediterr | Construction Type | Wood Frame |
| Exterior | Stucco | Main Level | Bath(s), Bedroom(s), Dining Room, Family Room, Garage, Living Room, Master Suite(s), Street Entrance, Kitchen |
| Floors | Tile, Vinyl/Linoleum, W/W Carpet | Fireplace | Yes |
| Fireplace(s) | 1 Fireplace | Pool | No |
| #Garage Spaces | 2 | #Carport Spaces | 0 |
| #Off Street Spaces | 2 | Other Rooms | None |
| Heat/Cool | Central Heat, Fireplace(s) | Laundry/Appliance | In Laundry Room |
| Other Structures | Other | Yard/Grounds | Landscaped- Front |
| Lot Description | City | Water Source | Water Public |
| Sewer/Septic | Sewer Public | Utilities | City, PG&E |

Equal Opportunity Housing * All information deemed reliable, but not guaranteed. Information has not been verified, is not guaranteed, and is subject to change.
Copyright © 2006 Bay Area Real Estate Information Services, Inc. All rights reserved.
Copyright ©2006 Rapattoni Corporation. All rights reserved.



MLS CMA Report (216)

Page 1 of 1

## CMA Report

Listings as of 04/05/08 at 12:52am
Listing Numbers 20722767, 20735239, 20723709
RESIDENTIAL
SOLD Properties

Page 1

| Address | City | Map | Bd | Bth | SqFt | Lot Sz | Year | Date | $/SqFt | DOM | Orig Price | List Price | Sale Price | SP%LP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 207 Wren Dr | Santa Rosa | 353, J7 | 3 | 2 | 1,348 | 0.17ac | 1965 | 11/09/07 | 309.35 | 143 | 509,000 | 429,000 | 417,000 | 97.20 |
| 1350 Sansone Dr | Santa Rosa | 354, B1 | 3 | 2 | 1,488 | 0.20ac | 1963 | 12/15/07 | 311.16 | 82 | 485,000 | 485,000 | 463,000 | 95.50 |
| 2177 Nightingale Dr | Santa Rosa | 354, B3 | 4 | 2 | 1,816 | 0.30ac | 1977 | 11/00/07 | 267.07 | 50 | 525,500 | 515,000 | 485,000 | 94.20 |
| Listing Count 3 | | | | | Averages | | | | 295.86 | 92 | 506,333 | 476,333 | 455,000 | 95.17 |
| Report Count 3 | | Report Averages | | | 1551 High 485,000 Low 417,000 | | | | 295.86 | 92 | 506,333 | 476,333 | Median 463,000 455,000 | |

Presented By: Ed Ree / RE/MAX Central Santa Rosa Phone: 707-524-3535
Featured properties may not be listed by the office/agent presenting this brochure.
Information has not been verified, is not guaranteed, and is subject to change.
Copyright © 2008 Bay Area Real Estate Information Services, Inc. All rights reserved.
Copyright ©2008 Rapattoni Corporation. All rights reserved.