1  **James M. Barrett, SBN 49126**
   Lawyer
2  150 E. Cotati Avenue
   Cotati, California 94931
3  Telephone:    (707) 795-1510
   Fax:          (707) 795-3364
4  E-mail        jimmarleyb@aol.com

5  **Marvin Pederson, SBN 85258**
   Attorney at Law
6  1160 N. Dutton Avenue, Suite 150
   Santa Rosa, CA 95401
7  Telephone:    (707) 544-9444
   Fax:          (707) 544-5829
8  E-mail        pederson@marvlaw.com

9  Attorney for Plaintiff
   HARRY DONALD FISHER
10

11             **UNITED STATES DISTRICT COURT**
      **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**
12

13  HARRY DONALD FISHER,                    NO. C 08-02144 EDL

14          Plaintiff,                      **DECLARATION OF PLAINTIFF HARRY**
                                            **DONALD FISHER IN SUPPORT OF  EX**
        vs.                                 **PARTE APPLICATION FOR**
15                                          **TEMPORARY RESTRAINING ORDER**
    DOWNEY SAVINGS AND LOAN                 **AND ORDER TO SHOW CAUSE RE:**
16  ASSOCIATION, et al.,                    **PRELIMINARY INJUNCTION**

17          Defendants.                     Accompanying Documents:
                                            1.    Ex Parte Application;
18  _____/        2.    Memorandum of Points and Authorities;
                                            3.    Declaration of James M. Barrett;
19                                          4.    Declaration of Ed Rau;
                                            5.    Proposed Order.
20
                                            DATE:      June 10, 2008
21                                          TIME:      9:00 a.m.
                                            DEPT:
22

23      I, HARRY DONALD FISHER, declare:

24      1.     I am the plaintiff in the above-entitled action.  This declaration is provided in

25
                                     1
26  _____
    Fisher v. Downey Savings & Loan Assn., et al.
    **Declaration of Harry Donald Fisher in Support of Ex Parte Application for TRO and OSC re: Preliminary**
    **Injunction**

1   support of my *ex parte* application for temporary restraining order and order to show cause re

2   preliminary injunction.

3        2.     I am the owner of my principal residence located at 2335 Marsh Court, Santa

4   Rosa, California 95403 (hereinafter "the Marsh Court property").

5        3.     I am currently 73 years of age and have been divorced for many years. My 38-

6   year old daughter, Julie Fisher, lives with me and helps me out, taking care of my dog and my

7   birds. The highest grade level I completed was the 12th grade, obtaining my high school diploma

8   in 1953.

9        4.     On September 22, 2004, I underwent a complete replacement of my right knee.

10  On November 26, 2004, while convalescing from that right knee replacement, I slipped and fell

11  in a movie theater and suffered a displaced fracture of my right femur.

12       5.     I had an extended period of convalescence following my November 2004

13  accident. I required the use of a wheelchair for ambulation through June 2005. I was prescribed

14  narcotic pain medication following my surgery, and was regularly taking the prescribed amount

15  as needed for pain, at least through June 2005.

16       6.     The Marsh Court property is the only real property I have ever financed through

17  an institutional lender.

18       7.     I have made all monthly mortgage payment on the Marsh Court property since I

19  acquired the property in the spring of 2000, except for the months of September, October,

20  November, and December 2007.

21       8.     In 2004, I refinanced the original purchase mortgage on my Marsh Court property.

22  The 2004 mortgage was obtained via mortgage broker Union Fidelity Mortgage. The 2004

23  mortgage was initially with Impact Lending, who then sold my mortgage to Countrywide Home

24  ////

25

26
                                       2

1  Loans. That mortgage was a 30-year loan, with an adjustable interest rate. The interest rate was

2  initially fixed at 5% for the first five years.

3        9.    In March 2005, my monthly mortgage payment to Countrywide Home Loans was

4  in the amount of $1,366.67. In reviewing the loan paperwork for that mortgage, the payment

5  schedule was as follows:

6            6 payments of $1,333.33, beginning  4/1/04

                54 payments of $1,366.67, beginning 10/1/04

7            299 payments of $1,733.57, beginning 04/1/09

                1 final payment of $1,729.13, on 03/01/34

8

9        10.    In addition, I had a home equity line of credit with GreenPoint Mortgage, with an

10  interest rate of 5.058%. It was a 20-year loan. In March 2005, my monthly payment to

11  GreenPoint Mortgage was approximately $303.00.

12        11.    In March 2005, my combined monthly mortgage payments totaled $1,669.67.

13  Beginning April 1, 2009, my monthly mortgage payments were expected to increase to a total of

14  $2,036.57.

15        12.    On or about March 2005, while at home, I received a cold call telephone contact

16  from a representative of Equity One Financial Corp., a mortgage broker. In speaking to the

17  Equity One representative, he told me he could offer me a 1% mortgage on my property, reduce

18  my monthly payments, and allow me to take several thousand dollars of equity out of the house

19  for my personal use. We had eight to ten telephone calls over a short period of time.

20        13.    At the request of defendant Equity One's representative, I mailed him documents

21  verifying that my income was derived from two sources: (1) Retirement benefits from PG&E in

22  the monthly amount of $1,324.94, and (2) Social Security benefits in the monthly amount of

23  $1,054.00, for a total monthly income of $2,379.94. Attached collectively hereto as Exhibit 1

24  are representative copies of the income documents I sent to the Equity One representative,

25

26  Fisher v. Downey Savings & Loan Assn., et al.

**Declaration of Harry Donald Fisher in Support of Ex Parte Application for TRO and OSC re: Preliminary Injunction**

1   consisting of a Statement of Annuity Payment from PG&E, and a statement of benefits from

2   Social Security.   At all times relevant hereto, those amounts have been the same.

3       14.    In late May 2005, I was on vacation with my daughter and grandchildren in

4   southern California, staying at the Disneyland Hotel.  While in southern California, I spoke with

5   the Equity One representative by telephone, who told me that someone would meet with me the

6   following day to sign loan documents.  Upon returning to my room, I noticed that the red light on

7   the telephone was blinking, indicating that I had a message. The front desk clerk informed me

8   that someone was waiting for me down in the lobby.  I had no idea who it could be, but when I

9   descended to the lobby, I found a woman who represented that she was from defendant Equity

10  One.  The woman had a large stack of papers for me to sign, pertaining to a loan and mortgage

11  from defendant Downey Savings.

12      15.    The Equity One representative stated that she was a notary public, and I signed her

13  notary book.  I glanced through but did not thoroughly read the lengthy loan documents, based on

14  her assurance that they accurately reflected all of the information I had previously provided to the

15  original Equity One representative I had been speaking with, and that the loan documents did not

16  contain any information other than what I had previously supplied.  In all, we were in the hotel

17  lobby signing the loan documents for approximately twenty (20) minutes.

18      16.    An unsigned copy of the loan documents were simultaneously provided to me by

19  the Equity One representative after she had collected all the necessary signatures on the original

20  packet of loan documents, with the assurance that they were true copies of the documents I had

21  just signed, specifically including the sum and composition of my monthly income of $2,379.94,

22  consisting of monthly retirement income from PG&E of $1,324.94, and monthly Social Security

23  benefits of $1,054.00.

24  ////

25

26

4

Fisher v. Downey Savings & Loan Assn., et al.
Declaration of Harry Donald Fisher in Support of Ex Parte Application for TRO and OSC re: Preliminary
Injunction

17.    Contrary to the representations of defendant Equity One's representative, the information regarding my income had been grossly exaggerated on the loan application, to exactly $8,000 per month. I never gave any representative from defendant Equity One any such figure. I gave only the total monthly income of $2,379.94. The false representation of my monthly income was supplied by defendant Equity One and/or its agents and representatives. Attached hereto as Exhibit 2 is a true and correct copy of the four-page loan application which is part of the subject loan documents.

18.    In agreeing to refinance my existing mortgage, I relied upon the statements made by the representative of defendant Equity One. As referenced above, at the time these events occurred, I was 71 years of age, recuperating from surgery to my right knee, and taking regular doses of narcotic pain medication. I relied even more upon the representations of defendant Equity One's representative, due to those factors.

19.    On or about May 24, 2005, my loan with defendant Downey Savings, Loan No. 9041680158, closed. Attached hereto as Exhibit 3 is a true and correct copy of the Borrower Estimated Closing Statement prepared by Fidelity National Title Company.

20.    Defendant Equity One received a total of $21,009.68 from Downey Savings for the subject loan transaction, as follows: $7,999.68 origination fee, $495 processing fee, $35 credit report fee, and $12,480 as a "rebate." Attached hereto as Exhibit 4 is a true and correct copy of the Broker Demand submitted to defendant Downey Savings by defendant Equity One.

21.    Included in the loan documents I received was a Truth in Lending Disclosure Statement. It showed that the amount financed was $406,381.56, with a total finance charge of $771,255.12, for total payments to be made over the term of the loan equaling $1,177.636.68.

22.    The monthly payment schedule indicated that I would initially pay $1,071.67 for the first 12 months of the loan. Thereafter, payments would increase to $1,152.05 for the next 12

5

Fisher v. Downey Savings & Loan Assn., et al.
Declaration of Harry Donald Fisher in Support of Ex Parte Application for TRO and OSC re: Preliminary Injunction

1    month, then to $1,238.45 for the following 12 months. After that, payments would increase to

2    $1,331.33 for seven months, and finally reach $2,578.43 per month, for the remaining 436

3    months of the loan. Attached hereto as Exhibit 5 is a true and correct copy of that Disclosure

4    Statement.

5        23.    However, what the Federal Truth-in-Lending Disclosure Statement did not reveal

6    was that the payment amounts listed on the schedule were "minimum" payments, which would

7    not cover monthly principal and interest. Each time that I made a minimum payment, my

8    principal balance due increased by $2,027.05. In order to pay the monthly principal and interest,

9    I would actually have to pay $3,308.93 per month, or $928.99 more than my fixed monthly

10   retirement income. Attached hereto as Exhibit 6 is a true and correct copy of a Payment Notice

11   and Loan Statement issued by Downey Savings in April 2007, reflecting the various payment

12   options available to me, including the minimum payment option which, if utilized, actually

13   increased the principal by $2,027.05 per month.

14       24.    After reviewing the loan documents, I telephoned the Equity One representative

15   with whom I had been dealing, and told him that I could not possibly make the increased

16   payments that would occur several years down the line. The Equity One representative told me

17   not to worry about that, and that the most I would have to pay in addition to the original monthly

18   payment amount, was $50.

19       25.    Because of my age, my pre-existing right leg problems, and my health history of

20   hypertension and obesity, I am unable to return to the workforce to supplement my fixed

21   retirement income.

22       26.    In July 2007, I was notified by defendant Downey Savings that my monthly

23   mortgage payment would be increasing to $3,369.14, effective September 1, 2007. Attached as

24   Exhibit 7 hereto is a true and correct copy of that notice.

25

26

Fisher v. Downey Savings & Loan Assn., et al.
**Declaration of Harry Donald Fisher in Support of Ex Parte Application for TRO and OSC re: Preliminary Injunction**

27.    On October 5, 2007, defendant Downey Savings sent me a Notice of Intent to Foreclose on my home loan with them.  A true and correct copy of that correspondence is attached hereto as Exhibit 8.

28.    On November 7, 2007, defendant Downey Savings sent further correspondence to me, notifying me that "Foreclosure proceedings on your property located at 2335 March Court, Santa Rosa, CA 95403, have begun."  Attached as Exhibit 9 hereto is a true and correct copy of that correspondence.

29.    On December 10, 2007, defendant Downey Savings, via their agent, FCI Lender Services, Inc., mailed a Notice of Default and Election to Sell Under Deed of Trust to me.  The form indicated that the original "Notice" had been recorded on December 21, 2007, and that "No sale date may be set until three months from the date this notice of default may be recorded (which date of recordation appears on this notice)."  Attached as Exhibit 10 hereto is a true and correct copy of that Notice of Default and Election to Sell.

30.    On or about March 24, 2008, defendant Downey Savings, via their agent, FCI Lender Services, Inc., mailed a Notice of Trustee's Sale, setting the public sale of my residential property for April 18, 2008 at 11:30 a.m.  Attached as Exhibit 11 hereto is a true and correct copy of that Notice of Trustee's Sale.

31.    Unless a temporary restraining order is granted, preventing further action and progress on the above-referenced "foreclosure proceedings," irreparable injury will result to me in that I will be forced out of my home by authority and action of the County Sheriff and the title to the Property will be transferred out of my name and into the ultimate purchaser.  This will result in the irretrievable loss of my equity in the home in an approximate amount of several hundred thousand dollars.  The harm is irreparable once the property is foreclosed upon and sold.

////

7

Fisher v. Downey Savings & Loan Assn., et al.
**Declaration of Harry Donald Fisher in Support of Ex Parte Application for TRO and OSC re: Preliminary Injunction**

1    This Court will not be able to undo the transaction, thereby denying me the substance of the relief

2    sought, and I will be homeless.

3        32.    On June 22, 2007, August 21, 2007, and September 21, 2007, my attorney, James

4    M. Barrett, wrote on my behalf to defendant Downey Savings, in an effort to renegotiate the

5    terms of my loan and demanding that defendant Downey Savings stop their threatened conduct

6    described above. Defendants have refused, and still refuse, to refrain from their threatened

7    conduct. Attached collectively hereto as Exhibit 12 are true and correct copies of those three

8    pieces of correspondence.

9        33.    The foregoing facts are within my personal knowledge and I am competent to

10   testify to their truth if called as a witness.

11       I declare under penalty of perjury under the laws of the State of California that the

12   foregoing is true and correct except as to those matters stated upon information and belief, and as

13   to those matters I believe them to be true. Executed this __th day of June, 2008, at Cotati,

14   California.

15

16                                          HARRY DONALD FISHER

17

18

19

20

21

22

23

24

25

26

8

Fisher v. Downey Savings & Loan Assn., et al.
**Declaration of Harry Donald Fisher in Support of Ex Parte Application for TRO and OSC re: Preliminary Injunction**

EXHIBIT " _1_ "

# Your New Benefit Amount

BENEFICIARY'S NAME:

HARRY D FISHER

SOCIAL SECURITY CLAIM NUMBER
(only the last 4 digits are shown to help prevent
identity theft): XXX-XX-8082 A

Your Social Security benefits will increase by 2.7 percent in 2005, because of a rise in the cost of living. You can use this letter when you need proof of your benefit amount to receive food stamps, rent subsidies, energy assistance, bank loans, or for other business.

## How Much Will I Get And When?

• Your new monthly amount (before deductions) is ............................................ $1,132.20
• The amount we are deducting for Medicare is ................................................... $78.20
  (If you did not have Medicare as of Nov. 19, 2004,
  or if someone else pays your premium, we show $0.00.)
• The amount we are deducting for voluntary federal tax withholding is .......... $0.00
  (If you did not elect voluntary federal tax withholding as of
  Nov. 19, 2004, we show $0.00.)
• After taking any other deductions, we will deposit ....................................... $1,054.00
  into your bank account on Jan. 2, 2005.

If you disagree with any of these amounts, you should write to us within 60 days from the date you receive this letter.

## What If I Have Questions?

We invite you to visit our website at *www.socialsecurity.gov* on the Internet to find general information about Social Security. You also can call us at **1-800-772-1213** and speak to a representative from 7 a.m. until 7 p.m. on business days. If you have a touch-tone phone, recorded information and services are available 24 hours a day. Our lines are busiest early in the week and early in the month so, if your business can wait, it is best to call at other times. If you are deaf or hard of hearing, you may call our TTY number, **1-800-325-0778**. If you are outside the United States, you can contact any U.S. embassy or consulate office, or the Veterans Affairs Regional Office in Manila. Please have your full nine-digit Social Security claim number available when you call or visit and include it in any letter you send to the Social Security Administration. If you are inside the United States, you also can visit your local office.

BNC#: 04B1388D69239

BUILDING A
2099 RANGE AVENUE
SANTA ROSA CA

Over ▶



**Pacific Gas and Electric Company**

CONTROL NO. 000043

NET PAY ***1324.94

HARRY DONALD FISHER          04423
2335 MARSH CT
SANTA ROSA CA 95403

THIS IS NOT A CHECK
DIRECT DEPOSIT STATEMENT ONLY

DEPOSITED TO YOUR ACCOUNT. BANK ROUTING: 322270356
THROUGH THE NATIONAL AUTOMATED CLEARING HOUSE ASSOCIATION.

## DIRECT DEPOSIT STATEMENT OF ANNUITY PAYMENT

SOCIAL SECURITY NUMBER: XXX-XX-8082  FOR THE MONTH OF: JANUARY   DATE: 01/03/06

| ******* EARNINGS ******* | | ****** DEDUCTIONS ****** | | ****** YEAR TO DATE ***** | |
|---|---|---|---|---|---|
| FIX BENF | 1420.74 | MEDCRFL | 15.00- | GROSS | 1420.74 |
| GROSS | 1420.74 | HLTH NET | 221.61 | TX EARN | 1413.80 |
| NON TAX | 6.94- | RPOA | 110.81- | | |
| TX EARN | 1413.80 | TOTL DED | 95.80 | **PREM OFFSET ACCT--RPOA** | |
| | | | | BALANCE | 5923.03 |
| | | ******* NET PAY ******** | | | |
| | | NET PAY | 1324.94 | | |

TAX STATUS: FED: EXEMPT              STATE: EXEMPT

Pacific Gas and Electric Company    P.O. Box 7797, San Francisco, CA  94120                    Not Negotiable

EXHIBIT " 2 "

### Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark *B* for Borrower or *C* for Co-Borrower. | Borrower:<br>FISHER, HARRY D | Agency Case Number: |
|---|---|---|
| | Co-Borrower: | Lender Case Number:<br>41680158 |

 

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA | ☒ Conventional | ☐ Other (explain): | Agency Case Number | Lender Case Number |
|---|---|---|---|---|---|
| | ☐ FHA | ☐ USDA/Rural Housing Service | | | 41680158 |

| Amount | Interest Rate | No. of Months | Amortization Type: | ☐ Fixed Rate | ☐ Other (explain): |
|---|---|---|---|---|---|
| $416,000.00 | 1.100 % | 480 | | ☐ GPM | ☒ ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, & ZIP)                                                   No. of Units
1
2335 Marsh Court, Santa Rosa, CA 95403
Legal Description of Subject Property (attach description if necessary)                                 Year Built
1990

| Purpose of Loan | ☐ Purchase | ☐ Construction | ☐ Other (explain): | Property will be: |
|---|---|---|---|---|
| | ☒ Refinance | ☐ Construction-Permanent | | ☒ Primary Residence  ☐ Secondary Residence  ☐ Investment |

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| 2000 | $219,000.00 | $371,793.00 | Cash-Out/Other | Cost: $0.00 |

| Title will be held in what Name(s)   Harry Don Fisher | Manner in which Title will be held | Estate will be held in: |
|---|---|---|
| | Single man | ☒ Fee Simple  ☐ Leasehold (show expiration date) |

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)

## III. BORROWER INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) | Co-Borrower's Name (include Jr. or Sr. if applicable) |
| HARRY D FISHER | |

| Social Security Number | Home Phone (incl. area code) | DOB (MM/DD/YYYY) | Yrs. School | Social Security Number | Home Phone (incl. area code) | DOB (MM/DD/YYYY) | Yrs. School |
|---|---|---|---|---|---|---|---|
| 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 | (707)526-2149 | 04/25/1934 | 12 | | | | |

| ☐ Married  ☒ Unmarried (include single, divorced, widowed)  ☐ Separated | Dependents (not listed by Co-Borrower) no.  ages  5 | ☐ Married  ☐ Unmarried (include single, divorced, widowed)  ☐ Separated | Dependents (not listed by Borrower) no.  ages |
|---|---|---|---|

| Present Address (street, city, state, ZIP)  ☒ Own  ☐ Rent  5 No. Yrs. | Present Address (street, city, state, ZIP)  ☐ Own  ☐ Rent  No. Yrs. |
|---|---|
| 2335 Marsh Court | |
| Santa Rosa CA 95403 | |
| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |

 

## IV. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 0.00 | $ | $ 0.00 | Rent | $ 0.00 | |
| Overtime | 0.00 | | 0.00 | First Mortgage (P&I) | 1,366.00 | $ 1,071.67 |
| Bonuses | 0.00 | | 0.00 | Other Financing (P&I) | 303.00 | 0.00 |
| Commissions | 0.00 | | 0.00 | Hazard Insurance | 0.00 | 115.54 |
| Dividends/Interest | 0.00 | | 0.00 | Real Estate Taxes | 0.00 | 175.00 |
| Net Rental Income | 0.00 | | 0.00 | Mortgage Insurance | 0.00 | 0.00 |
| Other (before completing, see the notice in "describe other income," below) | 8,000.00 | 0.00 | 8,000.00 | Homeowner Assn. Dues | 0.00 | 0.00 |
| | | | | Other: | 0.00 | 0.00 |
| Total | $ 8,000.00 | $ | $ 8,000.00 | Total | $ 1,669.00 | $ 1,362.21 |

\* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

**Describe Other Income** *Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.*

| B/C | | Monthly Amount |
|---|---|---|
| B | Social Security/Disability Income | $ 2,250.00 |
| B | Pension/Retirement Income | 5,750.00 |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed [ ] Jointly [ X ] Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ 0.00 | **LIABILITIES** | Monthly Payment & Months Left to Pay | Unpaid Balance |
| | | Name and address of Company | $ Payment/Months | $ |
| *List checking and savings accounts below.* | | GREEN POINT SAVINGS | *303.00 | *67,406.00 |
| Name and address of Bank, S&L, or Credit Union | | | 223 | |
| Washington Mutual | | | | |
| | | Acct. no. 4800085084465 | | |
| Acct. no. 4112357856 | $ 9,000.00 | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | HSBC NV | 212.00 | 9,142.00 |
| | | | 44 | |
| | | Acct. no. 410017391340 | | |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | HSBC/COSTC | 27.00 | 821.00 |
| | | | 31 | |
| | | Acct. no. 2460055319109207 | | |

## VII. ASSETS AND LIABILITIES (cont.)

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 2335 Marsh Court Santa Rosa, CA 95403 | H SFR | $ 540000 | $ 385500 | $ 0 | $ 371793 | $ 250 | $ 0 |
| | | | | | | | |
| | | | | | | | |
| | Totals | $ 540000 | $ 385500 | $ 0 | $ 371793 | $ 250 | $ 0 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |
| | | |

## VIII. DETAILS OF TRANSACTION

| | | |
|---|---|---|
| a. | Purchase price | $ 0.00 |
| b. | Alterations, improvements, repairs | 0.00 |
| c. | Land (if acquired separately) | 0.00 |
| d. | Refinance (incl. debts to be paid off) | 0.00 |
| e. | Estimated prepaid items | 9,018.44 |
| f. | Estimated closing costs | 2,963.00 |
| g. | PMI, MIP, Funding Fee | 0.00 |
| h. | Discount (if Borrower will pay) | 0.00 |
| i. | Total costs (add items a through h) | 11,981.44 |
| j. | Subordinate financing | 0.00 |
| k. | Borrower's closing costs paid by Seller | 0.00 |
| l. | Other Credits (explain) | |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| m. | Loan amount (exclude PMI, MIP, Funding Fee financed) | 416,000.00 |
| n. | PMI, MIP, Funding Fee financed | 0.00 |
| o. | Loan amount (add m & n) | 416,000.00 |
| p. | Cash from/to Borrower (subtract j, k, l & i from o) | -404,018.56 |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | | Borrower | | Co-Borrower | |
|---|---|---|---|---|---|
| | | Yes | No | Yes | No |
| a. | Are there any outstanding judgments against you? | | x | | |
| b. | Have you been declared bankrupt within the past 7 years? | | x | | |
| c. | Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | x | | |
| d. | Are you a party to a lawsuit? | | x | | |
| e. | Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | x | | |
| f. | Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | | x | | |
| g. | Are you obligated to pay alimony, child support, or separate maintenance? | | x | | |
| h. | Is any part of the down payment borrowed? | | x | | |
| i. | Are you a co-maker or endorser on a note? | | x | | |
| j. | Are you a U.S. citizen? | x | | | |
| k. | Are you a permanent resident alien? | | x | | |
| l. | Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | x | | | |
| m. | Have you had an ownership interest in a property in the last three years? | x | | | |
| | (1) What type of property did you own -- principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| | (2) How did you hold title to the home -- solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | | | |

EXHIBIT " 3 "



# Fidelity National Title Company

6060 Sepulveda Boulevard First Floor • Van Nuys, CA 91411
(818) 881-7800 • FAX (818) 776-2253

DATE: May 24, 2005
ESCROW NO: 69804-CV
ESCROW OFFICER: Cheryl Vajnar

TIME: 11:49:02

CLOSING DATE: April 29, 2005

## BORROWER ESTIMATED CLOSING STATEMENT

LENDER(S): DOWNEY SAVINGS AND LOAN
BORROWER(S): Harry D. Fisher
PROPERTY: 2335 Marsh Court, Santa Rosa, CA 95403

| | $ DEBITS | $ CREDITS |
|---|---|---|
| **FINANCIAL:** | | 416,000.00 |
| New 1st Trust Deed to DOWNEY SAVINGS AND LOAN | | |
| Refundable Cushion | 300.00 | |
| **TITLE CHARGES:** | | |
| ALTA Loan Policy (10-17-92) w/Form 1 Cov. for 457,600.00 | 1,590.00 | |
| Endorsement Fee(s) | 25.00 | |
| Recording Trust Deed(s) | 88.00 | |
| **ESCROW CHARGES** | | |
| Escrow Fee | 550.00 | |
| Doc Prep Fees | 125.00 | |
| Courier Fees | 35.00 | |
| **NEW LOAN CHARGES - DOWNEY SAVINGS AND LOAN** | | |
| Total Loan Charges: $9,294.06 | | |
| Loan Origination Fee   Equity One Financial | 7,999.68 | |
| Appraisal Fee   Equity One Financial | 35.00 | |
| Credit Report   Equity One Financial | | |

Date:       May 24, 2005
Escrow No:   69804-CV                                                    Page 2

MISCELLANEOUS CHARGES:
My Mobile Notaries, Inc. Document Signing Fee          175.00
Notary Fee 2nd Trip                                    175.00

ESTIMATED DUE BORROWER              $       639.26

ESTIMATED TOTALS                    $    827,106.76    $    827,106.76

Harry D. Fisher



EXHIBIT " _4_ "



**DOWNEY SAVINGS**
and Loan Association, F.A.
# BROKER DEMAND

Date:   **May 23, 2005**

Attention:   **HARRY D FISHER**

RE:   Escrow Number:   **69804-CV**
      Application/Loan Number:   **9041680158**
      Borrower (s):   **HARRY D FISHER**

Rate: **1.100**          Margin: **3.500**

You are hereby authorized to pay mortgage broker   **EQUITY ONE FINANCIAL**
                                                    Name

   **23875 VENTURA BLVD #204 CALABASAS, CA 91302**        **(818)224-3781**
   Address                                         Phone Number

the amount shown below. This payment should not be released to the mortgage broker
**UNTIL RECORDING OF THE DEED OF TRUST HAS BEEN CONFIRMED.** Please feel
free to contact me if you should require additional information.

| | |
|---|---:|
| Origination | 7,999.68 |
| Discount | |
| Appraisal | |
| Processing | 495.00 |
| Credit Report | 35.00 |
| *Rebate | 12,480.00 |
| *Service Release Premium | |
| 442 Recertification | |
| | |
| | |
| | |

P L E A S E
SIGN
and
FAX BACK
to:

CATHERINE LACEY

**(562)683-2123**

**Total to be paid to mortgage broker $** 21,009.68

This Broker Demand will be used to authorize payment of your final fees and costs. All costs and fees
must be accurate. No amounts in excess of those shown on your Broker Demand will be authorized for
payment. Any changes made after documents are drawn will result in a redraw of loan documents,
redraw fees and possibly rate extension fees. If questions, contact your Downey Savings funder.

*This amount is not deducted from the borrower's loan proceeds. This is an additional amount paid by
Downey Savings to the mortgage broker. A facsimile of the signatures shown below is deemed to be
acceptable.

If this loan is paid in full within one hundred and eighty (180) days of the funding date, Broker agrees to
refund to Downey any and all fees above par pricing paid by Downey to the Broker in this transaction.

| | | | |
|---|---|---|---|
| CATHERINE LACEY | Funder | EQUITY ONE FINANCIAL | Mortgage Broker |
| CHERYL VAJNAR | Escrow Officer | | |

Downey Savings and Loan Association, F.A.
10021 BLOOMFIELD STREET   LOS ALAMITOS, CA 90720
(562) 795-1604

MTGBRKR.UFF (12/22/03) CR:13318 VC

EXHIBIT " 5 "

# FEDERAL TRUTH-IN-LENDING ⬤ CLOSURE STATEMENT
(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Lender: Downey Savings and Loan Association, F.A.
3501 Jamboree Road, Newport Beach, CA 92660

Application / Loan Number: 9041680158                    Re: HARRY D FISHER

Date: May 23, 2005

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCE | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 6.139 % | $771,255.12 | $406,381.56 | $1,177,636.68 |

PAYMENTS: Your payment schedule will be as follows –

| Number of Payments | Amount of Payments | When Payments Are Due | |
|---|---|---|---|
| 1 | $1,071.67 | Monthly Beginning: | 07/01/2005 |
| 11 | $1,071.67 | | 08/01/2005 |
| 12 | $1,152.05 | | 07/01/2006 |
| 12 | $1,238.45 | | 07/01/2007 |
| 7 | $1,331.33 | | 07/01/2008 |
| 436 | $2,576.43 | | 02/01/2009 |
| 1 | $2,575.85 | | 06/01/2045 |

Index Type 12MTA          Current Index Rate 2.504

[X] Your loan contains a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

INSURANCE: The following insurance is required to obtain credit.  [X] Property Insurance   [ ] Flood Insurance
You may obtain the insurance from anyone you want that is acceptable to the creditor.

EXHIBIT " _6_ "

 **DOWNEY SAVINGS**
*downeysavings.com*
3501 Jamboree Rd
Newport Beach, CA 92660



### PAYMENT NOTICE AND LOAN STATEMENT

HARRY D FISHER
2335 MARSH CT
SANTA ROSA CA 95403-8907

Loan Number: 9041680158
This Loan is on: 2335 MARSH COURT
SANTA ROSA CA 95403

400298

### TO KEEP YOU INFORMED, HERE IS CURRENT DATA ON YOUR LOAN AS OF 04/05/2007

Your current interest rate is 8.514%. Your loan balance has increased by $2,001.32 to $448,074.18 due to deferred interest. You have paid $4,608.16 of interest year to date. Your deferred interest is $32,764.52.

| Date | Description | Amount | Principal | Interest | Late Charge | Other Amount |
|------|-------------|--------|-----------|----------|-------------|--------------|
| 04/05/07 | PAYMENT | 1152.04 | .00 | 1152.04 | .00 | .00 |

For questions about your loan statement, call Customer Service at 1 800 824-6902

You have an adjustable rate loan so your interest rate can go up or down depending on market conditions. Below are your current options. It is important that, at a minimum, you pay the amount due in option #4 below to prevent a short payment from being returned and possible late charges. You might consider only taking advantage of payment option #4 when you really need to. The payment option #4 may cause deferred interest to be added to your principal balance, and your loan has a limit on the amount of interest that can be deferred. We appreciate your business. Any time you have a question, please call 1-800-824-6902.

### PLEASE READ IMPORTANT INFORMATION ON THE BACK OF THIS STATEMENT

Harry D Fisher

Select your payment option

LOAN NUMBER 9041680158                    DUE DATE 05/01/2007

. Pay  $3,308.93
To cover monthly principal and interest. Plus your principal balance would go down.

. Pay  $4,725.46
If you would like to repay your loan in 15 years.

. Pay  $3,179.09
This amount would cover interest only. Your principal balance would remain the same.

. Pay  $1,152.04
This is the minimum amount you can pay and will not cover your monthly principal and interest. Your principal balance would increase by $2,027.05.

Write in your payment option amount here $_____
Unpaid late charges                      $0.00
Write in late charge of     $57.60, if not paid by 05/16/07 $_____
I want to pay an extra amount to principal. Here is $_____
MY TOTAL PAYMENT ENCLOSED $_____

 

5020904168015805010701011520405170701209648

EXHIBIT " _7_ "

# ⬛DOWNEY SAVINGS

July 31, 2007

Harry D Fisher
2335 Marsh Ct
Santa Rosa, Ca 95403

s24

RE: Your Adjustable Loan No. 9041680158

We at Downey Savings want to thank you again for choosing us for your adjustable loan.

This letter explains the next adjustments that will take place on your loan. These adjustments are being made according to the terms of your loan contract with us. Please keep this letter with your loan records.

New Payment Amount and Balance

Your loan contract provides that your payment amount will be increased if your loan balance has reached or will soon exceed 110% of the original amount of your loan. Because your loan balance has now reached or will soon exceed this level, the new amount of your payment will be $ 3,369.14 beginning with the payment due on September 01, 2007 . (The impound portion of this payment is $ 0.00.)

Assuming that scheduled monthly payments are made on time between now and the payment change date, your loan balance on that date will be $ 456,109.32.

Interest Rate

Beginning on August 01, 2007 , your new interest rate will be 8.505%, which is based upon an index value of 5.005%.
Your interest rate in your last adjustment notice was 8.529%, which was based upon an index value of 5.029%.
(During the period since the last adjustment notice, your interest rate changed without changing your payment from 8.505% to 8.529%, which change was based upon a change in the index value from 5.005% to 5.029%.)

We very much appreciate your business.

Sincerely,

*John Amador*

John Amador
Vice President
Loan Servicing Manager





**Downey Savings and Loan Association, F.A.**
3501 Jamboree Road ♦ P.O. Box 6060 ♦ Newport Beach, California 92658-6060 ♦ (949) 854-3100

RATEP4

EXHIBIT " 8 "

 **DOWNEY SAVINGS**

October 5, 2007

### NOTICE OF INTENT TO FORECLOSE

Harry D Fisher
2335 Marsh Ct
Santa Rosa CA 95403

Re: Loan Number 9041680158

   We have not received your loan payment that was due on September 1, 2007. Your loan is in default and you could lose your home. We don't want this to happen, so please call us at 1-800-824-6902.

   You can reinstate your loan now by sending the total amount due so we receive it within 30 days from the date of this letter. As of today, the total amount required to do this is $6,906.74. If other payments and/or fees are due before we receive this payment, they will be be added to the amount required to reinstate your loan. If you do not do this, the loan can be accelerated, making the total loan balance due and foreclosure action can begin without further notice to you, which could result in the sale of your home.

   After the loan has been accelerated, you have the right to reinstate your loan by paying the reinstatement amount (which may include additional monthly payments plus fees that become due) up to five (5) business days before the actual foreclosure sale. In addition, you have the right to bring a court action to assert the non-existence of default or any other defense you may have to the acceleration of the loan or foreclosure sale of your home.

   Please do everything possible to bring your loan current and keep your home. Call us now, toll free, at 1-800-824-6902 so we can help you take care of this. We can discuss this matter and give you the total amount required to bring your loan current.

Sincerely,

*R. Molchan*

R. Molchan
Collection Counselor
Loan Servicing Department

P.S.: Homeownership counseling is available by contacting our Collection Department at 1-800-824-6902. You may also contact the government agency, Department of Housing and Urban Developement (HUD) at their toll free number, 1-800-569-4287, to get a list of HUD-approved non-profit organizations serving your area.

**Downey Savings and Loan Association, F.A.**
3501 Jamboree Road ♦ P.O.Box 6060 ♦ Newport Beach, California 92658-6060 ♦ (949) 854-3100

EXHIBIT " _9_ "



# DOWNEY SAVINGS®
### The Friendlier, Easier Place to Bank

November 07, 2007

Harry D Fisher

2335 Marsh Ct
Santa Rosa Ca 95403-8907

Re: Loan Number: 9041680158

Foreclosure proceedings on your property located at 2335 Marsh Court, Santa Rosa Ca 95403, have begun.

Yet there may still be time for you to save your home.

If you are experiencing financial difficulties and want to explore a solution with us, you need to contact us while there's still time. But before we can help, you need to let us know that you want to save your property.

Call us toll-free now at 1-800-824-6902, extension 6553 and let's see if we can find a way to work together.

Otherwise, you will leave us no option but to continue foreclosure proceedings on your home.

Call us now and let's see if we can work this out.

Sincerely,

Rochelle Cada
Collection Department
Loan Service Department

P.S. Call us toll-free at 1-800-824-6902, extension 6553. We're open Monday through Friday from 8:30 a.m. to 4:30 p.m. (Pacific Time). Unless we hear from you now, we'll have no option but to continue foreclosure.

Ltr25



downeysavings.com
Downey Savings and Loan Association, F.A.
P.O. Box 6060 • Newport Beach, California 92658-6060 • (949) 854-3100
Express Mail Delivery: 3501 Jamboree Road • Newport Beach, California



EXHIBIT " _10_ "

RECORDING REQUESTED BY:

AND WHEN RECORDED MAIL TO:

FCI LENDER SERVICES, INC.
8180 EAST KAISER BOULEVARD
ANAHEIM HILLS, CA 92808

<div style="border:1px solid">

The original of this "NOTICE" was

Recorded on _____ 12/21/2007 _____

As Instrument No. X X X X X X X X X X X

In the official records of the

_____ Sonoma _____ County Recorder

TS# 46478

</div>

Space above this line for recorder's use only

itle Order No.                    Trustee Sale No. 46478                    Loan No. 9041680158

# IMPORTANT NOTICE
## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

= YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION, and you may have the legal ght to bring your account in good standing by paying all of your past due payments plus permitted costs and xpenses within the time permitted by law for reinstatement of your account, which is normally five business ays prior to the date set for the sale of your property. No sale date may be set until three months from the date lis notice of default may be recorded (which date of recordation appears on this notice).

his amount is $15,142.26 as of 12/10/2007 and will increase until your account becomes current.

'hile your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required / your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the 'operty, provide insurance on the property, or pay other obligations as required in the note and deed of trust or ortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good anding. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide liable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

'oon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount )u must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was emanded, but you must pay all amounts in default at the time payment is made. However, you and your ineficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may t be earlier than the end of the three-month period stated above) to, among other things, (1) provide additional ne in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments order to cure your default; or both (1) and (2).

llowing the expiration of the time period referred to in this paragraph of this notice, unless the obligation being 'eclosed upon or a separate written agreement between you and your creditor permits a longer period, you ve only the legal right to stop the sale of property by paying the entire amount demanded by your creditor.

find out the amount you must pay, in the form of Cash, in U.S. Dollars, Cashiers Check or Money Order and to 'ange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact: )WNEY SAVINGS AND LOAN ASSOCIATION, F.A., c/o FCI LENDER SERVICES, INC., 8180 EAST KAISER 'ULEVARD, ANAHEIM HILLS, CA 92808-2277, (714) 282-2424.

1




Continued from page 1

_____ Trustee Sale No. 46478



If you have any questions, you should contact a lawyer or contact any governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.

## REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

**NOTICE IS HEREBY GIVEN THAT:** FCI LENDER SERVICES, INC., is the duly appointed Trustee, or duly authorized agent for the Trustee, or duly designated Agent for the Beneficiary (or its assignee) under a Deed of Trust dated 05/23/2005, executed by HARRY D. FISHER, AN UNMARRIED MAN, as trustor, to secure obligations in favor of DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., as Beneficiary.

RECORDED ON 6/03/05 AS INSTRUMENT #2005077438 of official records in the Office of the Recorder of Sonoma County, California, as more fully described on the Deed of Trust, securing the note(s) for the sum of $416,000.00. The beneficial interest under the Deed of Trust and the obligations secured thereby is presently held by Beneficiary (or its assignee). A default in the obligations for which the Deed of Trust is security has occurred in that the payment has not been made of: THE INSTALLMENT OF PRINCIPAL AND INTEREST WHICH BECAME DUE 09/01/2007 AND ALL SUBSEQUENT INSTALLMENTS, TOGETHER WITH ALL LATE CHARGES, ADVANCES TO SENIOR LIENS, INTEREST, INSURANCE, TAXES AND ASSESSMENTS ADVANCED BY THE BENEFICIARY (OR ITS ASSIGNEES)

Due to the default, Beneficiary (or its assignee) has executed and delivered to said Trustee, a written Declaration and Demand for Sale, and has deposited with the Trustee, the Deed of Trust and all documents evidencing the obligations secured thereby, and has declared all sums secured thereby immediately due and payable and has elected to cause the trust property to be sold to satisfy the obligations secured thereby.

DATE: 12/10/07

By:   FCI LENDER SERVICES, INC., as Trustee

_____

Teri Snyder, Exec. Vice President

FCI LENDER SERVICES, INC., IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

2

 

**FCI LENDER SERVICES, INC.**
**8180 EAST KASIER BOULEVARD**
**ANAHEIM HILLS, CA 92808-2277**
**(714) 282-2424 (714) 282-2425(Fax)**

Date:  12/31/07

| | | | |
|---|---|---|---|
| Trustor(s): | HARRY D. FISHER | | |
| T.S. No: | 46478 | Loan No: | 9041680158 |
| County: | Sonoma | | |
| Prop. Address: | 2335 MARSH COURT, SANTA ROSA CALIFORNIA 95403 | | |

**DOWNEY SAVINGS AND LOAN**, the Servicer/Creditor has authorized FCI LENDER SERVICES, INC. to initiate foreclosure proceedings in connection with the Deed of Trust associated with your real estate loan.

The amount of the total debt as of the date of this notice, according to the records of our client, is $473,339.80 and amount due to the Trustee is $1,090.32. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater.  Hence, if you pay the amount shown above, adjustment may be necessary after your check is received, in which event we will inform you before depositing the check for collection.  For further information write the undersigned or call (714) 282-2424.

The creditor to whom the debt is owed is: **DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.**

Please be advised that FCI LENDER SERVICES, INC. is a debt collector attempting to collect the above referenced debt.  Any information obtained from you will be used for that purpose. Federal law gives you thirty days after you receive this letter to dispute the validity of the debt or any part of it.  If you dispute it by notifying FCI LENDER SERVICES, INC. in writing to that effect, FCI LENDER SERVICES, INC., as required by the law, will obtain and mail to you proof of the debt.  And if, within the same period, you request in writing the name and address of your original creditor, if the original creditor is different from the current creditor, FCI LENDER SERVICES, INC. will furnish you with that information as well.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language.  Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work.  For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt.   Collectors may contact another person to confirm your location or enforce a judgment.  For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**If  you have any questions, please do not hesitate to contact this office.**

FCI LENDER SERVICES, INC.

**T.L. Snyder**

Teri Snyder, Exec. Vice President

EXHIBIT " 11 "

MAR/25/2008/TUE 06:32 PM                                              P. 003

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:                                    107934

FCI LENDER SERVICES, INC.
8180 EAST KAISER BLVD.
ANAHEIM HILLS, CA 92808

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

Title Order No.: 30104171      Trustee Sale No.: 46478      Loan No.: 9041680158
APN: 152-154-021-000

## NOTICE OF TRUSTEE'S SALE

YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 05/23/2005. UNLESS YOU
TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF
YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDINGS AGAINST YOU,
YOU SHOULD CONTACT A LAWYER.

On 04/18/2008 at 11:30AM, FCI LENDER SERVICES, INC.
as the duly appointed Trustee under and pursuant to Deed of Trust RECORDED ON 6/03/05 AS
INSTRUMENT #2005077438 of official records in the Office of the Recorder of Sonoma County,
California, executed by:

HARRY D. FISHER, AN UNMARRIED MAN

, as Trustor

DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.

, as Beneficiary

WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER FOR CASH (payable at time of sale in
lawful money of the United States, by cash, a cashier's check drawn by a state or national bank, a check drawn
by a state or federal credit union, or a check drawn by a state or federal savings and loan association, savings
association, or savings bank specified in section 5102 of the Financial Code and authorized to do business in
this state). At: THE ADMINISTRATION DRIVE ENTRANCE TO THE ADMINISTRATION
BUILDING, 575 ADMINISTRATION DRIVE, SANTA ROSA, CA,

all right, title and interest conveyed to and now held by it under said Deed of Trust in the property situated in
said County, California describing the land therein: AS MORE FULLY DESCRIBED IN SAID DEED
OF TRUST.

1

MAR/25/2008/TUE 06:33 PM                                                          P. 004

Title Order No.:        30104171
Trustee Sale No.:       46478
Loan No.:               9041680158
APN:                    152-154-021-000

107934

NOTICE OF TRUSTEE'S SALE - continued

The property heretofore described is being sold "as is". The street address and other common designation, if any, of the real property described above is purported to be:  2335 MARSH COURT, SANTA ROSA, CALIFORNIA 95403.

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein.  Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, if any, under the terms of the Deed of Trust, estimated fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust, to-wit:

$488,095.54 (Estimated)

Accrued interest and additional advances, if any, will increase this figure prior to sale.

The beneficiary under said Deed of Trust heretofore executed and delivered to the undersigned a written Declaration of Default and Demand for Sale, and a written Notice of Default and Election to Sell.  The undersigned caused said Notice of Default and Election to Sell to be recorded in the county where the real property is located and more than three months have elapsed since such recordation.

DATE: 03/24/08

FCI LENDER SERVICES, INC., as Trustee
8180 EAST KAISER BLVD., ANAHEIM HILLS, CA  92808
PHONE: 714-282-2424    SALE INFORMATION: 714-282-2430

VIVIAN PRIETO, VICE PRESIDENT

FCI LENDER SERVICES, INC. IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

2

EXHIBIT " 12 "

# JAMES M. BARRETT

150 East Cotati Avenue
Cotati, CA 94931
Telephone (707) 795-1510
Facsimile (707) 795-3364

June 22, 2007

John Amador, Vice President
Loan Servicing Dept.
Downey Savings & Loan Assn.
P.O. Box 6060
Newport Beach, CA 92658-6020

      Re:    My Client:   Harry Donald Fisher
               Loan No. 9041680158

Dear Mr. Amador:

Please allow me to introduce myself as the attorney for Harry Donald Fisher in all matters relating to the above-referenced adjustable loan with Downey Savings. If Downey Savings has a "loss mitigation" department, would you immediately forward this letter to their attention. Otherwise, allow me to indicate that I have reviewed the loan documents which purport to have been generated by the subject adjustable loan.

I would like to draw your specific attention to that portion of Mr. Fisher's loan documents which show his income. Mr. Fisher has two sources of income. One is his retirement from PG&E, in the net amount of $1,324.94 per month. His second source of income is his Social Security retirement, in the net amount of $1,054 per month. These two amounts total $2,378.94. I am enclosing a copy of a direct deposit statement from PG&E dated 01/03/06, on which I have highlighted Mr. Fisher's monthly net retirement pay. Also enclosed is a copy of Mr. Fisher's Benefit Statement from the Social Security Administration. It is undated but indicates that beginning in 2005, his monthly Social Security benefit will be in the net amount of $1,054.

John Amador, V.P., Downey Savings
My Client: Harry Donald Fisher
June 22, 2007
Page 2

Interestingly, in the loan application those amounts have been inflated to the following:

| | |
|---|---|
| Social Security/Disability Income | $2,250.00 |
| Pension/Retirement Income | 5,750.00 |
| Total: | $8,000.00 |

Mr. Fisher's qualification for the loan with your financial institution was not predicated on his actual income, but rather on the grossly inflated income input by whoever it was on behalf of Downey Savings that sold the loan package to Mr. Fisher.

Getting directly to the point, Mr. Fisher cannot make the monthly loan payments. As indicated in your letter to Mr. Fisher dated May 31, 2007 (copy enclosed), his new monthly payments will begin at no less than $1,238.44.

However, payment of this amount would not cover his monthly principal and interest. Based on the information provided in the Payment Notice and Loan Statement dated 05/01/07, a copy of which is enclosed, it states that the amount then needed to cover the monthly principal and interest amount was $3,308.93. It appears from your May 31, 2007 correspondence, that effective July 1, 2007, the amount Mr. Fisher would need to pay each month to cover principal and interest will increase to $3,346.06, or $967.12 more than his monthly net income.

I also note from the Federal Truth-In-Lending Disclosure Statement (copy enclosed), that effective February 1, 2009, Mr. Fisher's monthly loan payment will be $2,578.43, for the next 436 months of the loan term, or $200 more than his current net monthly income.

I would like to be put in touch with a representative from Downey Savings who has the authority to put Mr. Fisher into a forbearance agreement, and to renegotiate the interest rate and terms on the loan, to something that is in accord with his net monthly income of $2,378.94.

John Amador, V.P., Downey Savings
My Client: Harry Donald Fisher
June 22, 2007
Page 3


     If you are unable to respond to this correspondence within the next ten days, I see no other course for Mr. Fisher than to file on behalf a complaint, drawing attention to the fraudulent income figures and to seek equitable relief prohibiting any further collection efforts on the loan. Mr. Fisher is 73 years old and thus has the benefit of California's Elder Abuse laws which provide, among other things, for treble damages and attorney's fees. I hope that is not necessary, and I look forward to hearing from you at your earliest opportunity.

                Very truly yours,


                JAMES M. BARRETT
                ATTORNEY AT LAW

JMB:mjr
Enclosures

cc:   Donald Fisher

# JAMES M. BARRETT

## LAWYER

150 East Cotati Avenue
Cotati, CA 94931
Telephone (707) 795-1510
Facsimile (707) 795-3364

August 21, 2007

John Amador, Vice President
Loan Servicing Dept.
Downey Savings & Loan Assn.
P.O. Box 6060
Newport Beach, CA 92658-6020

VIA CERTIFIED MAIL

Re: My Client: Harry Donald Fisher
Loan No. 9041680158

Dear Mr. Amador:

I have your July 31, 2007 correspondence directed to my client, Harry Fisher, regarding his adjustable loan no. 9041680158. Enclosed is a copy of my letter of June 22, 2007, addressing the same loan.

I have received no response to that letter, and no response from your office to a follow up telephone call I made during the week of July 23, 2007.

Mr. Fisher would still very much like to renegotiate his loan with Downey Savings. As indicated in my earlier correspondence, the loan was obtained as a result of a fraud committed by Downey Saving's agent in providing income information on Mr. Fisher's application. The monthly income listed on the application for Mr. Fisher was more than double his actual monthly income, derived from his retirement from PG&E and Social Security benefits.

If I have not heard from you or someone on behalf of Downey Savings within ten days of the date of this correspondence, I will file a fraud action against Downey Savings, including causes of action for elder abuse and injunctive

John Amador, V.P., Downey Savings
My Client: Harry Donald Fisher
August 21, 2007
Page 2

relief to prevent Downey from proceeding to foreclosure of the present loan under any circumstances.

Mr. Fisher would like to avoid that, as would I.  I would appreciate a telephone call from you when you receive this letter.

Very truly yours,

JAMES M. BARRETT
ATTORNEY AT LAW

JMB:mjr

cc:    Donald Fisher





**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.41 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.21 |

Sent To  Downey Savings & Loan
Street, Apt. No.; or PO Box No.  P.O. Box 6060
City, State, ZIP+4  Newport Beach, CA 92658

PS Form 3800, June 2002          See Reverse for Instructions

7004 2890 0001 0763 4423

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Amadar
Downey Savings & Loan
P.O. Box 6060
Newport Beach, CA 92658

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  G. LANDEROS        ☐ Agent   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

AUG 27 2007

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
   (Transfer from service label)     7004 2890 0001 0763 4423

PS Form 3811, February 2004        Domestic Return Receipt       102595-02-M-1540

# JAMES M. BARRETT

150 East Cotati Avenue
Cotati, CA 94931
Telephone (707) 795-1510
Facsimile (707) 795-3364

September 21, 2007

Jesse Gonsalvez
Downey Savings & Loan Assn.
P.O. Box 6060
Newport Beach, CA 92658-6020

Via Certified Mail
Return Receipt Requested

Re:     My Client:   Harry Donald Fisher
        Loan No. 9041680158

Dear Mr. Gonsalvez:

I enclose a signed letter of representation from my client, Harry Donald Fisher, regarding his adjustable loan no. 9041680158.  I am also enclosing a copy of my letter to John Amador of your loan department, dated June 22, 2007, addressing the same loan.

Mr. Fisher would still very much like to renegotiate his loan with Downey Savings.  As indicated in my earlier correspondence, the loan was obtained as a result of a fraud committed by Downey Saving's agent in providing income information on Mr. Fisher's application.  The monthly income listed on the application for Mr. Fisher was more than double his actual monthly income, derived from his retirement from PG&E and Social Security benefits.

Very truly yours,

JAMES M. BARRETT
ATTORNEY AT LAW

JMB:mjr

cc:   Donald Fisher

BPD:  Dear Don, Please give me a call at your next
      convenient opportunity.



**U.S. Postal Service™**

**CERTIFIED MAIL™ RECEIPT**

*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.75 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.55 |

Postmark Here

SEP 21 2007

09/21/2007

Sent To  Downey Savings & Loan

Street, Apt. No.; or PO Box No.  P.O. BOX 6060

City, State, ZIP+4  Newport Beach, CA  92658

PS Form 3800, June 2002                   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jesse gonsalvez
Downey Savings & Loan
P.O. Box 6060
Newport Beach, CA
                92658

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X   G. LANDEROS        ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

SEP 24 2007

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7003 1680 0001 6100 4490

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540