IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY DONALD FISHER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HARRY DONALD FISHER-DOWNEY<br>SAVINGS AND LOAN ASSOCIATION, et al.,<br><br>　　　　Defendants. | No. C-08-02144 EDL<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

On June 5, 2008, Plaintiff filed an Ex Parte Application for Temporary Restraining Order, requesting a hearing date on June 10, 2008. Good cause appearing, the hearing on Plaintiff's Application is set for June 10, 2008 at 9:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Defendants shall file a response to Plaintiff's Application no later than Monday, June 9, 2008 at noon, unless the parties stipulate to a later hearing date and preservation of the status quo until the Court hears and rules on the Application.

**IT IS SO ORDERED.**

Dated: June 6, 2008

　　　　　　　　　　　　　　　　　　　　　　　*Elizabeth D. Laporte*
　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge