1  OFFICE OF THE GENERAL COUNSEL
   CHRISTINE M. HUMPHRIES -- BAR NO. 152013
2  DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.
   3501 Jamboree Road
3  Newport Beach, California 92660
   Telephone: (949) 725-4850
4  Facsimile: (949) 725-0619

5  MICHAEL D. McSWEENEY -- BAR NO. 51072
   ALISON P. BUCHANAN -- BAR NO. 215710
6  HOGE, FENTON, JONES & APPEL, INC.
   Sixty South Market Street, Suite 1400
7  San Jose, California 95113-2396
   Telephone: (408) 287-9501
8  Facsimile:  (408) 287-2583

9  Attorneys for Defendants
   DOWNEY SAVINGS AND LOAN
10 ASSOCIATION, F.A., and
   FCI LENDER SERVICES, INC.,
11 a California corporation

12                    UNITED STATES DISTRICT COURT
13
14       NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO DIVISION

15
   HARRY DONALD FISHER                    No. C0802144 EDL
16
        Plaintiff,                        CONSENT TO PROCEED BEFORE A
17                                        UNITED STATES MAGISTRATE JUDGE
   vs.
18
   DOWNEY SAVINGS AND LOAN
19 ASSOCIATION, a California
   corporation, EQUITY ONE FINANCIAL
20 CORP., a California corporation, ERIK
   MEYERS, individually, FCI LENDER
21 SERVICES, INC., a California
   corporation, and DOES 1 through 20,
22 inclusive,

23      Defendants.

24
25      Pursuant to Title 28, U.S.C. Section 636(c), Defendants DOWNEY SAVINGS AND

26 LOAN ASSOCIATION, F.A., and FCI LENDER SERVICES, INC., a California corporation,

27 herby voluntarily consent to have United States Magistrate Judge LaPorte conduct any and

28 all further proceedings in this case, including trial, and the entry of final judgment.  Appeal

                                          -1-
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE -- C0802144 EDL
\\HFJAFS\NDrive\80203\Ple\330780.doc

from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: June 6, 2008

                              HOGE, FENTON, JONES & APPEL, INC.

                              By /s/_____
                                  Alison P. Buchanan
                                  Attorneys for Defendants
                                  DOWNEY SAVINGS AND LOAN
                                  ASSOCIATION, F.A., and
                                  FCI LENDER SERVICES, INC.,
                                  a California corporation