OFFICE OF THE GENERAL COUNSEL
CHRISTINE M. HUMPHRIES -- BAR NO. 152013
DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.
3501 Jamboree Road
Newport Beach, California 92660
Telephone: (949) 725-4850
Facsimile: (949) 725-0619

MICHAEL D. McSWEENEY -- BAR NO. 51072
ALISON P. BUCHANAN -- BAR NO. 215710
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Telephone: (408) 287-9501
Facsimile:  (408) 287-2583

Attorneys for Defendants
DOWNEY SAVINGS AND LOAN
ASSOCIATION, F.A., and
FCI LENDER SERVICES, INC.,
a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY DONALD FISHER,<br><br>   Plaintiff,<br><br>vs.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, a California corporation, EQUITY ONE FINANCIAL CORP., a California corporation, ERIK MEYERS, individually, FCI LENDER SERVICES, INC., a California corporation, and DOES 1 through 20, inclusive,<br><br>   Defendants. | No. C0802144 EDL<br><br>RESPONSE BY DEFENDANTS DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A. AND FCI LENDER SERVICES, INC. TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION<br><br>Date: June 10, 2008<br>Time: 9:00 a.m.<br>Courtroom: E<br><br>The Hon. Magistrate Elizabeth D. LaPorte |

   Defendants DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., and FCI LENDER SERVICES, INC. respond to Plaintiff's Ex Parte Application for Temporary Restraining Order as follows:

Defendants DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., and FCI LENDER SERVICES, INC. do not object to this Court's issuance of a temporary restraining order restraining the foreclosure of Plaintiff's residence pending briefing and a full hearing and determination on Plaintiff's motion for preliminary injunction.

Defendants DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., and FCI LENDER SERVICES, INC. intend to appear at the June 10, 2008 hearing before this Court to respectfully request that the Court's order regarding the hearing on Plaintiff's request for preliminary injunction include the following:

1. That the hearing for preliminary injunction take place in approximately 75 days;
2. That the Court allow limited discovery to take place before the hearing for preliminary injunction; and
3. That Defendants DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., and FCI LENDER SERVICES, INC.'s opposing brief will be due 21 days prior to the hearing for preliminary injunction.

DATED: June 9, 2008

HOGE, FENTON, JONES & APPEL, INC.

By /s/_____
Alison P. Buchanan
Attorneys for Defendants
DOWNEY SAVINGS AND LOAN
ASSOCIATION, F.A., and
FCI LENDER SERVICES, INC.,
a California corporation