Stephen W. Cusick (SBN 111353)
NIELSEN, HALEY & ABBOTT LLP
44 Montgomery Street, Suite 750
San Francisco, California 94104
Telephone: (415) 693-0900
Facsimile: (415) 693-9674

Attorneys for defendants Erik Meyers
and Equity One Financial Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY DONALD FISHER<br><br>Plaintiff,<br><br>vs.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, a California corporation, EQUITY ONE FINANCIAL CORP., a California corporation, ERIK MEYERS, FCI LENDER SERVICES, INC., a California corporation and DOES 1 through 20, inclusive<br><br>Defendants. | Case No.: **C08 02144 EDL**<br><br>**NON-OPPOSITION TO EX-PARTE APPLICATION FOR TRO**<br><br>Date:      June 10, 2008<br>Time:      9:00 a.m.<br>Courtroom: E<br><br>Hon. Magistrate Elizabeth D. LaPorte |

　　　Defendants Erik Meyers and Equity One Financial Corporation do not oppose the motion by plaintiff for a temporary restraining order, and agree to the scheduling and discovery terms suggested by co-defendants Downey Savings and Loan Association, F.A. and FCI Lender Services, Inc.

///

///

NON-OPPOSITION TO TRO

1

| | | |
|---|---|---|
| 1 | DATED: June 9, 2008 | NIELSEN, HALEY & ABBOTT LLP |

By _____
STEPHEN W. CUSICK
Attorneys for Erik Meyers
and Equity One Financial Corporation

NON-OPPOSITION TO TRO

2

*Fisher v. Downey Savings and Loan Association, et al.*
United States District Court Case No.: C08 02144 EDL

# PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the County of San Francisco. I am over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, Suite 750, San Francisco, California 94104.

On the date set forth below I served the following document(s) described as:

## NON-OPPOSITION TO EX-PARTE APPLICATION FOR TRO

[ ]    (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

[ ]    (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[ ]    (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]    (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[ XX]  (BY ELECTRONIC SERVICE) by submitting an electronic version of the document(s) to be served on all parties listed on the service list on file with the court as of this date.

| Attorneys for Plaintiff Harry Donald Fisher | Attorneys for Defendant Downey Savings and Loan Association and FCI Lender Services |
|---|---|
| James M. Barrett, Esq. | Micahel D. McSweeney |
| **Law Offices of James M. Barrett** | Alison P. Buchanan |
| 150 E. Cotati Avenue | **Hoge, Fenton, Jones & Appel, Inc.** |
| Cotati, CA 94931 | Sixty South Market Street, Suite 1400 |
| Tel: (707) 795-1510 | San Jose, CA 95113 |
| Fax: (707) 795-3364 | Tel: (408) 287-9501 |
|  | Fax: (408) 287-2583 |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 9, 2008, at San Francisco, California.

*Sonia J. Ortiz* (signature)
Sonia J. Ortiz

---

PROOF OF SERVICE