UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**ELIZABETH D. LAPORTE**                                         Date:  **June 10, 2008**
**UNITED STATES MAGISTRATE JUDGE**

Case No:    **C-08-02144 EDL**

Title:    Harry Donald Fisher v Downey Savings & Loan Association, et al

**Attorneys:**    Plaintiff:  James M. Barrett        Defendant: Christine Humphries

**Deputy Clerk:**    Lili M. Harrell        **Court Reporter:** Joan Columbini
                                           (Time: 18 min )

**PROCEEDINGS:**                                                  **RULINGS:**

Plaintiff's Ex Parte Application for Temporary Restraining Order        Granted

**ORDERED AFTER HEARING:**    The parties shall file a stipulation regarding the scope of discovery to be taken prior to the filing of the motion for preliminary injunction.

**ORDER TO BE PREPARED BY:**  [ ]  Plaintiff  [ ]  Defendant  [ ]  Court

**Case Continued to:**  8/5/08 at 10am for Case Management Conference

Notes:  Filing of motion for preliminary injunction 8/12/08, set for hearing 9/16/08 at 2:00pm.

cc: