1  James M. Barrett, SBN 49126
   **Lawyer**
2  150 E. Cotati Avenue
   Cotati, California 94931
3  Telephone:    (707) 795-1510
   Fax:          (707) 795-3364
4  E-mail        jimmarleyb@aol.com

5  Marvin Pederson, SBN 85258
   Attorney at Law
6  1160 N. Dutton Avenue, Suite 150
   Santa Rosa, CA 95401
7  Telephone:    (707) 544-9444
   Fax:          (707) 544-5829
8  E-mail        pederson@marvlaw.com

9  Attorney for Plaintiff
   HARRY DONALD FISHER

10

11 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

12

13 HARRY DONALD FISHER,                     NO. C 08-02144 EDL

          Plaintiff,                       **ORDER TO SHOW CAUSE AND**
14                                         **TEMPORARY RESTRAINING ORDER**
     vs.
15                                         DATE:      June 10, 2008
   DOWNEY SAVINGS AND LOAN                 TIME:      9:00 a.m.
16 ASSOCIATION, et al.,                    Courtroom: E

17        Defendants.
   _____/
18

19    On reading and considering the declaration of James M. Barrett, attorney for plaintiff in

20 the within matter, dated June 5, 2008 and submitted in support of plaintiff's *Ex Parte* application

21 for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction, the

22 supporting Memorandum of Points and Authorities, the declarations of plaintiff Harry Donald

23 Fisher and Ed Rau, and all the other papers and records on file in this action, including but not

24 limited to plaintiff's Complaint, together with any argument and evidence that was presented at

25 the hearing of plaintiff's *ex parte* application,

26
                                            1
Fisher v. Downey Savings & Loan Assn., et al.
**Plaintiff's Ex Parte Application for TRO and OSC re Preliminary Injunction**

1     IT IS HEREBY ORDERED that defendants Downey Savings and Loan Association and
2 FCI Lender Services, Inc. show cause before this Court on September 19, 2008, at 2:00 p.m., or
3 as soon thereafter as counsel may be heard, in Courtroom E of the above-entitled Court, why an
4 order should not be made, conditional on the posting by plaintiff of an appropriate undertaking to
5 be determined by the Court, enjoining defendant Downey Savings and Loan Association from
6 carrying out a foreclosure of the real property located at 2335 Marsh Court, Santa Rosa,
7 California 95403, APN No. 152-154-021-000  (hereinafter "Property" or "the Property"), in FCI
8 Lender Services, Inc. Trustee Sale No. 46478, or in any other non-judicial foreclosure
9 proceedings.

10     IT IS HEREBY FURTHER ORDERED that pending the hearing of this motion,
11 defendants Downey Savings and Loan Association and FCI Lender Services, Inc., defendants'
12 officers, agents, representatives, or other persons having actual notice of this Order, are enjoined
13 from carrying out a foreclosure of the Property in said Trustee Sale No. 46478 or in any other
14 foreclosure proceeding.

15     IT IS HEREBY FURTHER ORDERED that plaintiff shall serve and file his motion for
16 preliminary injunction no later than August 12, 2008. Any brief in opposition to plaintiff's
17 motion must be served on the moving party and filed no later than August 26, 2008. Reply brief,
18 if any, shall be served and filed no later than September 2, 2008.

19

20 Dated: June 11, 2008

21                                                  */s/ Elizabeth D. Laporte*
                                         ELIZABETH D. LAPORTE
22                                          United States Magistrate Judge

23

24

25

26

2

Fisher v. Downey Savings & Loan Assn., et al.
**Plaintiff's Ex Parte Application for TRO and OSC re Preliminary Injunction**