## CERTIFICATE OF SERVICE

I, the undersigned, am over the age of 18 and not a party to the above-entitled action. I am a citizen of the United States, employed in the County of Orange, State of California. My business address is:

> Downey Savings and Loan Association, F.A.
> 3501 Jamboree Road
> Newport Beach, CA 92660
> Facsimile (949) 725-0619

On the date and from the location listed below, I caused the following document(s), the original of which was produced on recycled paper, to be served in the following manner:

### [PROPOSED] STIPULATED PROTECTIVE ORDER

☒ **E-MAIL** - By electronic mail or as follows:

**Through the Court's CM/ECF filing system pursuant to Local Rule 5.5(b).**

☒ **BY MAIL**: By placing a true and correct copy thereof enclosed in a sealed envelope addressed as above, with postage thereon fully prepaid in the U.S. Mail at Newport Beach, California. I am readily familiar with the Bank's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Newport Beach, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing as stated in the affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the above address(es).

Service was directed to:

### SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the Untied States that the foregoing is true and correct.

Executed on July 2, 2008, at Newport Beach, California

 /s/
Jessica A. Vasquez

### SERVICE LIST

| | | |
|---|---|---|
| 1 | | |
| 2 | James Marley Barrett<br>Attorney at Law | **ATTORNEY FOR PLAINTIFF:**<br>*Harry Donald Fisher* |
| 3 | 150 E. Cotati Avenue<br>Cotati, CA 94931 | **Via U.S. Mail** |
| 4 | | |
| 5 | | |
| 6 | Marvin Pederson<br>Attorney at Law | **ATTORNEY FOR PLAINTIFF:**<br>*Harry Donald Fisher* |
| 7 | 1160 North Dutton Avenue<br>Suite 150 | **Via E-Mail** |
| 8 | Santa Rosa, CA 95401<br>pederson@marvlaw.com | |
| 9 | | |
| 10 | Stephen Walter Cusick | **ATTORNEYS FOR DEFENDANTS:** |
| 11 | Hillary Clare Agnost<br>Nielsen, Haley & Abbot, LLP | *Equity One Financial Corp. and Eric Myers* |
| 12 | 44 Montgomery Street, Suite 750<br>San Francisco, CA 94104 | **Via E-Mail** |
| 13 | scusick@nielsenhaley.com | |
| 14 | hagnost@nielsenhaley.com | |
| 15 | | |
| 16 | Michael D. McSweeney<br>Alison P. Buchanan | **ATTORNEYS FOR DEFENDANTS:**<br>*Downey Savings and Loan Association, F.A.* |
| 17 | HOGE, FENTON, JONES & APPEL, INC.<br>Sixty South Market Street, Suite 1400 | *and FCI Lender Services, Inc. a California corporation* |
| 18 | San Jose, California 95113-2396<br>mdm@hogefenton.com | **Via E-Mail** |
| 19 | apb@hogefenton.com | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |