# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Fisher,<br><br>             Plaintiff(s),<br><br>     v.<br><br>Downey Savings & Loan Association F.A.,<br><br>             Defendant(s). | 08-02144 EDL ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **George C. Fisher**
> Attorney At Law
> 2600 El Camino Real, Suite 410
> Palo Alto, CA 94306
> 650-424-0821

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
08-02144 EDL ENE                                        - 1 -

1    Counsel are reminded that the written ENE statements required by the ADR L.R.
2 5-8 shall NOT be filed with the court.

4 Dated: July 25, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
08-02144 EDL ENE                - 2 -