In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date: August 5, 2008

Case No: **C- 08-02144 EDL**

Case Name: **HARRY DONALD FISHER v. DOWNEY SAVINGS AND LOAN ASSOCIATION, ET AL.**

    Attorneys:    Pltf: James M. Barrett, Marvin Pederson
                     Defts: Christine M. Humphries, Stephen W. Cusick, Tung Khuu

    Deputy Clerk: Lili M. Harrell         FTR digital recording: 10:45am - 11:03am

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Initial Case Management Conference | Held |
| 2. | |

**ORDERED AFTER HEARING:**

**Order to be prepared by:** [] Plntf  [] Deft  [X] Court

**Case continued to:** 9/16/08 at 2:00 p.m. for Plaintiff's Motion for Preliminary Injunction.

**PRETRIAL SCHEDULE:**

Last day to file amended complaint: 12/15/08
Discovery cutoff: 2/27/09
Initial expert disclosure deadline: 5/05/09
Rebuttal expert disclosure deadline: 5/19/09
Expert discovery cutoff: 6/02/09
Dispositive Motion filing deadline: 3/17/09
Dispositive Motions hearing date: 4/21/09
Pretrial Conference: 7/14/09
Trial: 8/10/09 at 8:30 a.m., set for 5 days.
    [X] Jury  [ ] Court

Notes:
cc: