James M. Barrett, SBN 29126
Lawyer
150 E. Cotati Avenue
Cotati, California  94931
Telephone:    (707) 795-1510
Fax:               (707) 795-3364
E-mail          jimmarleyb@aol.com

Marvin Pederson, SBN: 85258
Attorney at Law
1160 N. Dutton Avenue, Suite 150
Santa Rosa, CA 95401
Telephone: (707) 544-9444
Facsimile: (707) 544-5829

Attorneys for Plaintiff
HARRY DONALD FISHER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY DONALD FISHER,<br><br>        Plaintiff,<br><br>    vs.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, et al.,<br><br>        Defendants. | No. NO. C 08-02144 EDL<br><br>**PLAINTIFF HARRY DONALD FISHER'S NOTICE RE:  PRELIMINARY INJUNCTION**<br><br>Date:    September 16, 2008<br>Time:    2:00 p.m.<br>Crtrm:   E |

PLEASE TAKE NOTICE to all parties that plaintiff submits his original moving papers for the issuance of a preliminary injunction prohibiting defendants from foreclosure as prayed in plaintiff's complaint.  The hearing will take place on Tuesday, September 16, 2008, at 2:00 p.m. in Courtroom E of the above court, located at 450 Golden Gate Avenue, San Francisco, CA.

DATED:   August 12, 2008

MARVIN PEDERSON<br>
Counsel for Plaintiff<br>
HARRY DONALD FISHER

1

Fisher v. Downey Savings & Loan Assn., et al
**Plaintiff Harry Donald Fisher's Notice Re: Preliminary Injunction**