OFFICE OF THE GENERAL COUNSEL
CHRISTINE M. HUMPHRIES -- BAR NO. 152013
DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.
3501 Jamboree Road
Newport Beach, California 92660
Telephone: (949) 725-4850
Facsimile: (949) 725-0619


MICHAEL D. McSWEENEY -- BAR NO. 51072
ALISON P. BUCHANAN -- BAR NO.  215710
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Telephone: (408) 287-9501
Facsimile:  (408) 287-2583

Attorneys for Defendants
DOWNEY SAVINGS AND LOAN
ASSOCIATION, F.A.
and FCI LENDER SERVICES, INC., a
California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY DONALD FISHER<br><br>    Plaintiff,<br><br> vs.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, a California corporation, EQUITY ONE FINANCIAL CORP., a California corporation, ERIK MEYERS, individually, FCI LENDER SERVICES, INC., a California corporation, and DOES 1 through 20, inclusive,<br><br>    Defendants. | No. C 08-02144 EDL<br><br>**[PROPOSED] ORDER ON STIPULATION REGARDING CONTINUANCE OF HEARING ON PRELIMINARY INJUNCTION FROM SEPTEMBER 16, 2008 TO OCTOBER 2008** |

    The parties in this case have stipulated to an Early Neutral Evaluation Conference.

On August 19, 2008 a conference call was held between the appointed Early Neutral

Evaluator (George Fisher) and counsel for the parties.  All agreed that it may be useful to

have the Early Neutral Evaluation Conference prior to the hearing on the motion for a preliminary injunction (as the Court suggested at the August 5, 2008 CMC) and that it would also be useful to continue the hearing on the motion for a preliminary injunction to about a month after the Early Neutral Evaluation Conference to give the parties the opportunity to explore possible resolutions of this matter as a result of either the evaluation and/or settlement discussions at the Early Neutral Evaluation Conference. The Early Neutral Evaluation Conference has been set for September 15, 2008.

IT IS HEREBY STIPULATED by and among Plaintiff HARRY DONALD FISHER ("Plaintiff"), and Defendants DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A. ("Downey Savings"), FCI LENDER SERVICES, INC., a California corporation ("FCI"), ERIK MEYERS ("Meyers") and EQUITY ONE FINANCIAL CORP., a California corporation ("Equity"), through their attorneys of record that the hearing date for the motion for preliminary injunction should be continued to a date in October, convenient for the Court, possibly either Tuesday, October 21, 2008 or Tuesday, October 28, 2008, and all due dates for pleadings in support of, or in opposition to the motion, should be calculated off of this new date.

DATED: August 21, 2008          ATTORNEY AT LAW


By:   /s/ James Marley Barrett
       James Marley Barrett,
Attorneys for Plaintiff, Harry Donald Fisher

DATED: August 21, 2008          NIELSEN, HALEY & ABBOTT, LLP


By:   /s/ Stephen Walter Cusick
       Stephen Walter Cusick,
Attorneys for Defendant,
Equity One Financial Corp., a California corporation

1   DATED: August 21, 2008              OFFICE OF THE GENERAL COUNSEL

2

3                                       By:   /s/ Christine M. Humphries
                                              Christine M. Humphries
4                                       Attorneys for Defendants,
                                        Downey Savings and Loan Association, F.A. and
5                                       FCI Lender Services, Inc.

6

7

8           Good cause appearing therefore, IT IS HEREBY ORDERED that the hearing date for

9   the motion for preliminary injunction is continued to October __, 2008 and all due dates for

10  pleadings in support of, or in opposition to the motion, shall be calculated off of this new

11  date.

12
    DATED: _____, 2008          _____
13                                       United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28