Stephen W. Cusick (SBN 111353)
NIELSEN, HALEY & ABBOTT LLP
44 Montgomery Street, Suite 750
San Francisco, California 94104
Telephone: (415) 693-0900
Facsimile: (415) 693-9674

Attorneys for defendants Erik Meyers
and Equity One Financial Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY DONALD FISHER<br><br>Plaintiff,<br><br>vs.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, a California corporation, EQUITY ONE FINANCIAL CORP., a California corporation, ERIK MEYERS, FCI LENDER SERVICES, INC., a California corporation and DOES 1 through 20, inclusive<br><br>Defendants. | Case No.: **C08 02144 EDL**<br><br>**PROPOSED ORDER EXCUSING CLAIM REPRESENTATIVE CHRIS HEMSLEY AND DEFENDANT ERIK MEYERS FROM ATTENDANCE AT ENE SESSION** |

Counsel for defendants Erik Meyers and Equity One Financial Corporation has submitted a request:

(i) that United State Liability Ins. Co. claim representative Chris Hemsley, who is responsible for the claim against both defendants, and who is located in Wayne Pennsylvania, be excused from attending the Sept. 15, 2008 ENE session in person but be on phone standby throughout,

and

(ii) that Erik Meyers, who lives and works in Southern California, likewise be excused from attending the Sept. 15, 2008 ENE session in person but be on phone standby throughout.

Good cause appearing, the request is **GRANTED**.

**IT IS SO ORDERED.**

Dated: 9-10-08

ADR Magistrate Judge Wayne D. Brazil