OFFICE OF THE GENERAL COUNSEL
CHRISTINE M. HUMPHRIES -- BAR NO. 152013
DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.
3501 Jamboree Road
Newport Beach, California 92660
Telephone: (949) 725-4850
Facsimile: (949) 725-0619

MICHAEL D. McSWEENEY -- BAR NO. 51072
ALISON P. BUCHANAN -- BAR NO. 215710
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Telephone: (408) 287-9501
Facsimile: (408) 287-2583

Attorneys for Defendants
DOWNEY SAVINGS AND LOAN
ASSOCIATION, F.A. and
FCI LENDER SERVICES, INC., a
California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY DONALD FISHER,<br><br>      Plaintiff,<br><br>vs.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, a California corporation, EQUITY ONE FINANCIAL CORP., a California corporation, ERIK MEYERS, individually, FCI LENDER SERVICES, INC., a California corporation, and DOES 1 through 20, inclusive,<br><br>      Defendants. | No. C 08-02144 EDL<br><br>[**PROPOSED**] ORDER AND STIPULATION VACATING TEMPORARY RESTRAINING ORDER<br><br>Date: November 25, 2008<br>Time: 9:00 a.m.<br>Dept: Courtroom E, 15th Floor<br><br><br>Hon. Magistrate Judge Elizabeth D. Laporte |

Plaintiff Harry Donald Fisher and Defendants Downey Savings and Loan Association, F.A., and FCI Lender Services, Inc. have entered into a settlement agreement.

1  On November 24, 2008, Plaintiff took its hearing on Preliminary Injunction scheduled for
2  November 25, 2008 off-calendar.
3      IT IS HEREBY STIPULATED by and among Plaintiff HARRY DONALD FISHER,
4  and Defendants DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., and FCI
5  LENDER SERVICES, INC., a California corporation, through their attorneys of record that:
6      1.    The Temporary Restraining Order issued on June 10, 2008 shall be vacated
7  effective December 15, 2008 at 8:00 a.m.

DATED: November 24, 2008    ATTORNEY AT LAW

By:   /s/ James Marley Barrett
    James Marley Barrett,
Attorneys for Plaintiff, Harry Donald Fisher

DATED: November 24, 2008    OFFICE OF THE GENERAL COUNSEL

By:   /s/ Christine M. Humphries
    Christine M. Humphries
Attorneys for Defendants,
Downey Savings and Loan Association, F.A. and
FCI Lender Services, Inc.

Good cause appearing therefore, IT IS SO ORDERED.

DATED: __December 16__, 2008

United States _____ Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*