James M. Barrett, SBN 29126
Lawyer
150 E. Cotati Avenue
Cotati, California 94931
Telephone:   (707) 795-1510
Fax:             (707) 795-3364
E-mail             jimmarleyb@aol.com

Marvin Pederson, SBN: 85258
Attorney at Law
1160 N. Dutton Avenue, Suite 150
Santa Rosa, CA 95401
Telephone: (707) 544-9444
Facsimile: (707) 544-5829

Attorney for Plaintiff
HARRY DONALD FISHER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY DONALD FISHER,<br><br>    Plaintiff,<br><br>    vs.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, et al.,<br><br>    Defendants. | No. NO. C 08-02144 EDL<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to the dismissal of this action as to defendants DOWNEY SAVINGS AND LOAN ASSOCIATION, a California corporation and FCI LENDER SERVICES, INC., a California corporation, only, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1).  Each party is to bear its own costs and attorney's fees.  The parties further consent to and request that the court retain jurisdiction over enforcement of the settlement agreement entered into between plaintiff HARRY DONALD FISHER and defendants DOWNEY SAVINGS AND LOAN ASSOCIATION and FCI LENDER SERVICES, INC.  See *Kokonen v. Guardian Life*

*Ins. Co.,* 511 US 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore IT IS HEREBY STIPULATED by and between plaintiff HARRY DONALD FISHER and defendants DOWNEY SAVINGS AND LOAN ASSOCIATION and FCI LENDER SERVICES, INC., designated counsel that the above-captioned action, be, and hereby is dismissed with prejudice against said defendants pursuant to Federal Rules of Civil Procedure Section 41(a)(1).

Defendants EQUITY ONE FINANCIAL CORP., a California corporation and ERIK MEYERS, individually, are not a party to the aforementioned settlement agreement and the action remains pending as to said defendants.

DATED:   January 19, 2009

/s/
Christine Humphries,
Attorney for Defendant
DOWNEY SAVINGS AND LOAN ASSOCIATION

/s/
James M. Barrett,
Attorney for Plaintiff
HARRY DONALD FISHER

Consent to the above dismissal is hereby given.

/s/
HARRY DONALD FISHER, Plaintiff

## ORDER

Upon reading and considering the above stipulation and good cause appearing,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice as to defendants DOWNEY SAVINGS AND LOAN ASSOCIATION and FCI LENDER SERVICES, INC., pursuant to Fed.R.Civ.P. 41(a)(1). It is further ordered that the court

1  shall retain jurisdiction for the purpose of enforcing the parties settlement agreement
2  should such enforcement be necessary.
3  Dated:   January 20, 2009

IT IS SO ORDERED

Judge Elizabeth D. Laporte

3
STIPULATION FOR DISMISSAL AND ORDER THEREON