IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY DONALD FISHER, | No. C-08-02144 EDL |
| Plaintiff, | **ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL** |
| v. | |
| HARRY DONALD FISHER-DOWNEY SAVINGS AND LOAN ASSOCIATION, et al., | |
| Defendants. / | |

Due to the Court's unavailability on July 14, 2009, the pretrial conference in this matter is continued to August 4, 2009 at 2:00 p.m. Pretrial materials, however, shall be filed on deadlines based on a July 14, 2009 pretrial conference. The trial is continued to August 31, 2009 at 8:30 a.m. All other provisions of the Court's August 6, 2008 Case Management and Pretrial Order for Jury Trial remain in effect.

**IT IS SO ORDERED.**

Dated: June 26, 2009

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge