United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**HARRY DONALD FISHER**

    Plaintiff,

    v.

**DOWNEY SAVINGS AND LOAN ASSOCIATION, ET AL.**

    Defendants.
_____/

No. C-**08-02144** EDL

**ORDER OF CONDITIONAL DISMISSAL**

The Court having been advised that this matter has settled, IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before 90 days for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: July 10, 2009

                                            _Elizabeth D. Laporte_
                                            ELIZABETH D. LAPORTE
                                            United States Magistrate Judge